DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
SCOTT E. ASPHAUG, OSB #83367
Assistant United States Attorney
scott.asphaug@usdoj.gov
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANET DAVIS MAJHOR,<br>aka Janet Davis Majhor, and<br>Janet-Davis: Majhor,<br><br>Defendant. | Civil Case No._____<br><br>MOTION FOR A TEMPORARY<br>RESTRAINING ORDER AND<br>PRELIMINARY INJUNCTION |

Pursuant to 18 U.S.C. § 1345, Fed. R. Civ. P. 65(b), plaintiff United States of America, by and through the undersigned Assistant United States Attorney, hereby moves for an order restraining defendant Janet Davis Majhor aka JANET DAVIS MAJHOR and Janet-Davis: Majhor, from further violating 18 U.S.C. § 514 (Fictitious Obligations), 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), and 18 U.S.C. § 1344 (Bank Fraud) through the use of a fraudulent redemption scheme, and enjoining defendant from attempting to discharge debts of

private individuals by filing with banks, Departments and Agencies of the United States, other creditors and documents including, but not limited to "Registered Bonded Promissory Notes." In addition, the United States seeks to enjoin the defendant from any further efforts to enforce any Registered Bonded Promissory Note by any further claims or demands on the banks or creditors.

1. This motion is based on the Complaint for Injunctive Relief pursuant to 18 U.S.C. § 1345, dated May 13, 2010, the Affidavit of Matthew Johnson and Special Agent Sean J. Hamblet, the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and on such oral argument as the Court may permit.

2. The undersigned certifies pursuant to FRCP 65(b) that no effort has been made to give defendant notice of the government's intent to seek a temporary restraining order. No effort has been made because the government is unaware of her current whereabouts and due to the fact that she continues to attempt to fraudulently discharge the valid debt owed to Mid Oregon Credit Union. As noted above, as recently as May 5, 2010, defendant continues to file documents consistent with her redemption scheme with Mid Oregon Credit Union and is clearly engaged in ongoing criminal activities with the continuing potential for immediate and irreparable losses. See Attachment 7 to Exhibit A. If the government was required to give the normal notice under FRCP 65 before having its application for a preliminary injunction heard, the crimes and resulting harm to the financial institution victims would continue unabated. Accordingly, the government respectfully submits that a temporary restraining order pending a hearing on its application for a preliminary injunction is warranted.

**Page 2 -   Motion for a Temporary Restraining Order and Preliminary Injunction**

3.  Pending hearing on the proposed Order to Show Cause, submitted herewith, plaintiff seeks an order restraining and enjoining defendant from the following:

(A) Filing, recording or presenting any document to any financial institution, creditor, state or county recorder, or to any Department or Agency of the United States, intending to discharge any debt through the use of any Registered Bonded Promissory Note, or to attempt to enforce the discharge of any debt based upon a previously presented Registered Bonded Promissory Note, by filing, recording or presentment of any of the following documents:

### STATE OR COUNTY RECORDING DOCUMENTS

a. UCC-1 Financing Statement & Addendum
b. Attachment "A" - Property List
c. Power of Attorney
d. Commercial Security Agreement
e. Indemnity Bond & Notice of Lien
f. Hold Harmless and Indemnity Agreement
g. Non-Negotiable Security Agreement
h. Legal Notice and Demand & Definitions
i. Affidavit of Political Status
j. Archetype - Act of State (for an Apostille)

### DOCUMENTS DIRECTED TO THE UNITED STATES TREASURY OR OTHER FEDERAL AGENCIES OR DEPARTMENTS

a. Instructions A & B: Recording & Mailing Procedures
b. Affidavit of Notary Presentment (for Treasury Packet)
c. Cover Letter – Pre-Offset Notice for Balanced Book Adjustment
d. Charge Back Order
e. Fiduciary Appointments (3)
f. IRS Form 56 (3)
g. IRS Form 1040-V
h. Actual and Constructive Notice
i. Non-Negotiable International Bill of Exchange

**Page 3 - Motion for a Temporary Restraining Order and Preliminary Injunction**

## DEBT DISCHARGE DOCUMENTS DIRECTED TO CREDITORS OR FINANCIAL INSTITUTIONS

a. Instructions A & B: Recording & Mailing Procedures
b. Affidavit of Notary Presentment (Indemnity Bond and Offset & Discharge Bond)
c. Private Registered Bond for Setoff (Birth Certificate Bond)
d. Private Registered Indemnity Bond
e. Private Registered Offset and Discharge Bond
f. Registered Bonded Promissory Note

## DEBT ENFORCEMENT DOCUMENTS DIRECTED TO CREDITORS OR FINANCIAL INSTITUTIONS

a. Notary Affidavit of Non-Response
b. Affidavit of Negative Averment, Opportunity to Cure, and Counterclaim
c. First, Second, Third Notices of Fault / Default
d. Notice of Final Determination and Judgment in Nihil Dicit
e. Maritime Lien
f. IRS Form 3949-A
g. IRS Form 4490 Proof of Claim

Dated this 13th day of May, 2010.

Respectfully submitted,

**DWIGHT C. HOLTON**, OSB #09054
United States Attorney
District of Oregon

_____
**SCOTT ERIK ASPHAUG**, OSB# 83367
Assistant United States Attorney