FILED'10 MAY 13 13:30USDC-ORP

RECVD'10 MAY 13 11:44USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> JANET DAVIS MAJHOR, <br> aka Janet Davis Majhor, and <br> Janet-Davis: Majhor, <br><br> Defendant. | Civil Case No. CV '10  544  ST <br><br><br> TEMPORARY RESTRAINING ORDER <br><br> [Fed. R. Civ. P. 65; 18 U.S.C. § 1345] |

This matter came before the Court on plaintiff's motion for a temporary restraining order restraining defendant, pending the hearing on plaintiff's motion for a preliminarily injunction, from further violating 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), and 18 U.S.C. § 1344 (Bank Fraud) through the use of Registered Bonded Promissory Notes and other related documents. Good cause having been shown, the Court GRANTS plaintiff's motion for a temporary restraining order.

PENDING THE HEARING of the aforesaid motion for preliminary injunction, defendant is HEREBY RESTRAINED AND ENJOINED from the following:

(A) Filing, recording or presenting any document to any financial institution, creditor, state or county recorder, or to any Department or Agency of the United States, intending to discharge any debt through the use of any Registered Bonded Promissory Note, or to attempt to enforce the discharge of any debt based upon a previously presented Registered Bonded Promissory Note, by filing, recording or presentment of any of the following documents:

### STATE OR COUNTY RECORDING DOCUMENTS

a. UCC-1 Financing Statement & Addendum
b. Attachment "A" - Property List
c. Power of Attorney
d. Commercial Security Agreement
e. Indemnity Bond & Notice of Lien
f. Hold Harmless and Indemnity Agreement
g. Non-Negotiable Security Agreement
h. Legal Notice and Demand & Definitions
i. Affidavit of Political Status
j. Archetype - Act of State (for an Apostille)

### DOCUMENTS DIRECTED TO THE UNITED STATES TREASURY OR OTHER FEDERAL AGENCIES OR DEPARTMENTS

a. Instructions A & B: Recording & Mailing Procedures
b. Affidavit of Notary Presentment (for Treasury Packet)
c. Cover Letter – Pre-Offset Notice for Balanced Book Adjustment
d. Charge Back Order
e. Fiduciary Appointments (3)
f. IRS Form 56 (3)
g. IRS Form 1040-V
h. Actual and Constructive Notice
i. Non-Negotiable International Bill of Exchange

## DEBT DISCHARGE DOCUMENTS DIRECTED TO CREDITORS OR FINANCIAL INSTITUTIONS

a. Instructions A & B: Recording & Mailing Procedures
b. Affidavit of Notary Presentment (Indemnity Bond and Offset & Discharge Bond)
c. Private Registered Bond for Setoff (Birth Certificate Bond)
d. Private Registered Indemnity Bond
e. Private Registered Offset and Discharge Bond
f. Registered Bonded Promissory Note

## DEBT ENFORCEMENT DOCUMENTS DIRECTED TO CREDITORS OR FINANCIAL INSTITUTIONS

a. Notary Affidavit of Non-Response
b. Affidavit of Negative Averment, Opportunity to Cure, and Counterclaim
c. First, Second, Third Notices of Fault / Default
d. Notice of Final Determination and Judgment in Nihil Dicit
e. Maritime Lien
f. IRS Form 3949-A
g. IRS Form 4490 Proof of Claim

Dated this 13 day of May, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**DWIGHT C. HOLTON**, OSB #09054
United States Attorney
District of Oregon

_____
**SCOTT ERIK ASPHAUG**, OSB# 83367
Assistant United States Attorney

Page 3 - **TEMPORARY RESTRAINING ORDER**