FILED'10 MAY 13 15:06USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

        v.

**JANET DAVIS MAJHOR,**
aka Janet Davis Majhor, and
Janet-Davis: Majhor,

        Defendant.

Civil Case No. <u>10-cv-544-ST</u>

**ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

[Fed. R. Civ. P. 65; 18 U.S.C. § 1345]

**To:   Defendant Janet Davis Majhor aka JANET DAVIS MAJHOR, and Janet-Davis: Majhor**

YOU ARE HEREBY ORDERED TO SHOW CAUSE at 4:00 pm on Tuesday, May 25, 2010, or as soon thereafter as counsel may be heard, before the Honorable Michael Mosman in the United States Courthouse, Courtroom 16, 1000 S.W. Third Ave., Suite 600, Portland, OR 97204-2902, why you should not be restrained and enjoined pending trial of this action from further violating 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), and 18 U.S.C. § 1344 (Bank Fraud) through your "redemption scheme."

PENDING THE HEARING of the aforesaid Order to Show Cause, you are HEREBY

RESTRAINED AND ENJOINED from the following:

(A)    Filing, recording or presenting any document to any financial institution, creditor,

state or county recorder, or to any Department or Agency of the United States,

intending to discharge any debt through the use of any Registered Bonded

Promissory Note, or to attempt to enforce the discharge of any debt based upon a

previously presented Registered Bonded Promissory Note, by filing, recording or

presentment of any of the following documents:

## STATE OR COUNTY RECORDING DOCUMENTS

a.    UCC-1 Financing Statement & Addendum
b.    Attachment "A" - Property List
c.    Power of Attorney
d.    Commercial Security Agreement
e.    Indemnity Bond & Notice of Lien
f.    Hold Harmless and Indemnity Agreement
g.    Non-Negotiable Security Agreement
h.    Legal Notice and Demand & Definitions
i.    Affidavit of Political Status
j.    Archetype - Act of State (for an Apostille)

## DOCUMENTS DIRECTED TO THE UNITED STATES TREASURY OR OTHER FEDERAL AGENCIES OR DEPARTMENTS

a.    Instructions A & B: Recording & Mailing Procedures
b.    Affidavit of Notary Presentment (for Treasury Packet)
c.    Cover Letter – Pre-Offset Notice for Balanced Book Adjustment
d.    Charge Back Order
e.    Fiduciary Appointments (3)
f.    IRS Form 56 (3)
g.    IRS Form 1040-V
h.    Actual and Constructive Notice
i.    Non-Negotiable International Bill of Exchange

**Page 2 - Order to Show Cause Re: Preliminary Injunction**

### DEBT DISCHARGE DOCUMENTS DIRECTED TO CREDITORS
### OR FINANCIAL INSTITUTIONS

a.    Instructions A & B: Recording & Mailing Procedures
b.    Affidavit of Notary Presentment (Indemnity Bond and Offset & Discharge Bond)
c.    Private Registered Bond for Setoff (Birth Certificate Bond)
d.    Private Registered Indemnity Bond
e.    Private Registered Offset and Discharge Bond
f.    Registered Bonded Promissory Note

### DEBT ENFORCEMENT DOCUMENTS DIRECTED TO CREDITORS
### OR FINANCIAL INSTITUTIONS

a.    Notary Affidavit of Non-Response
b.    Affidavit of Negative Averment, Opportunity to Cure, and Counterclaim
c.    First, Second, Third Notices of Fault / Default
d.    Notice of Final Determination and Judgment in Nihil Dicit
e.    Maritime Lien
f.    IRS Form 3949-A
g.    IRS Form 4490 Proof of Claim

This Order to Show Cause and supporting papers must be served on defendant no later than May 17, 2010. Any response or opposition to this Order to Show Cause must be filed and served on plaintiff's counsel on or before May 21, 2010. The Government may reply by May 24, 2010.

Dated this ___ day of May, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon

_____
**SCOTT ERIK ASPHAUG, OSB# 83367**
Assistant United States Attorney

**Page 3 - Order to Show Cause Re: Preliminary Injunction**