AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

FILED 10 MAY 19 14:15 USDC-ORP

FILED 10 MAY 19 14:15 USDC-ORP

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-CV-544-ST |
| JANET DAVIS MAJHOR | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janet Davis Majhor aka JANET DAVIS MAJHOR and Janet-Davis: Majhor

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Erik Asphaug, Assistant United States Attorney
United States Attorney's Office
1000 SW 3rd Avenue, #600
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
*CLERK OF COURT*

Date: __MAY 1 3 2010__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JANET DAVIS MAJHOR__
was received by me on *(date)* __5/13/2010__.

☑ I personally served the summons on the individual at *(place)* __HOLIDAY INN, 8439 NE COLUMBIA BLVD, PORTLAND, OREGON__ on *(date)* __5/14/2010__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Summons, Complaint for Injunctive Relief, Civil Case Assignment Order, Motion for a Temporary Restraining Order and Preliminary Injunction, Memorandum of Points and Authorities, Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/14/2010__

_____
*Server's signature*

__SEAN J. HAMBLET, SPECIAL AGENT__
*Printed name and title*

__1500 SW 1ST AVE, SUITE 400, PORTLAND, OR__
*Server's address*

Additional information regarding attempted service, etc: