

# UNITED STATES DISTRICT COURT

for the

District of Oregon



FILED 10 MAY 25 8:34 USDC-ORP

<u>**United States of America**</u>                )
    *Plaintiff*                                              )
                                )
  **v.**                                                         )
                                )
**JANET DAVIS MAJHOR**                  )
**aka Janet Davis Majhor, and**       )
<u>**Janet-Davis: Majhor**</u>                      )
    *Defendant*                                          )

**Civil Action No. 10-CV-544-ST**

**ANSWER**

**IN**

**AFFIDAVIT OF SPECIFIC
NEGATIVE AVERMENT,
OPPORTUNITY TO CURE,
AND COUNTERCLAIM**

---

Janet Davis Majhor
   ,Third Party Plaintiff


  v.



MARY L. MORAN, CLERK OF COURT
1000 SW THIRD AVENUE #740
PORTLAND, OREGON  97204

UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

IN ADMIRALTY
COUNTERCLAIM

Affidavit of Specific Negative Averment
Opportunity to Cure, and Counterclaim

<u>Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent</u>

USPO Registered Mail
RE 444 406 703 US


USPO Registered Mail
RE 444 406 717 US

---

UNITED STATES DISTRIC COURT CASE 10-CV-544-ST
ANSWER in Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim (Duplicate Original)   Page 1 of 8

SCOTT ERIK ASPHAUG, OSB #83367    USPO Registered Mail
  ASSISTANT UNITED STATES ATTORNEY  RE 444 406 717 US
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

DWIGHT C. HOLTON, OSB #09054    USPO Registered Mail
UNITED STATES ATTORNEY    RE 444 406 717 US
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

KENT S. ROBINSON, OSB #09625    USPO Registered Mail
ACTING UNITED STATES ATTORNEY  RE 444 406 717 US
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

SEAN J. HAMBLET    USPO Registered Mail
FEDERAL BUREAU OF INVESTIGATION  RE 444 406 725 US
1500 SW FIRST AVENUE #400
PORTLAND, OREGON 97201

MATTHEW T. JOHNSON    USPO Registered Mail
BANK EXAMINER, OCC    RE 444 406 734 US
WASHINGTON, DC 20219

JUDGE MICHAEL MOSSMAN    USPO Registered Mail
1000 SW THIRD AVENUE    RE 444 406 748 US
PORTLAND, OREGON  97204

JUDGE JANICE M. STEWART    USPO Registered Mail
1000 SW THIRD AVENUE    RE 444 406 751 US
PORTLAND, OREGON  97204

**, Third Party Defendants**
**, Severally and Individually, All**

**NOTICE:  THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER
OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF
OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.**

---

UNITED STATES DISTRIC COURT CASE 10-CV-544-ST
ANSWER in Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim (Duplicate Original)   Page 2 of 8

## AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM

Comes now Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the officers of this court do the same. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

AS TO COUNT 1: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, Secured Party Creditor, a Natural woman, created by God am NOT the same as the Fictitious Entity, all capital letter named, JANET DAVIS MAJHOR that was created by the State. I do not give any consent, in any capacity, to this court to place upon me any responsibility for this all capital letter name Fictitious Entity that was created by the state. Simply put I am not the same and I believe that there is no proof to the contrary. I have no contract with you and do not consent to any contract with you and waive all benefit privileges. If you presume that I have a contract with you I rebut any presumption of any contract that you may presume that I have with you. This is proofed by documents that are on file with the WASHINGTON Secretary of State, the public records of this County, records of this Court, US Department of Treasury, Internal Revenue Service, U.S. Department of Commerce, U.S. Department of Justice, and others. If the Third Party Defendants have any lawfully documented proof to the contrary let them come forth now On and For the official Record and let the District Attorney certify their proof, under their unlimited commercial liability, while under oath, and under penalties of the law including Perjury. Failure to continue this action without proof of your claim is Abuse of Process, Dishonor in Commerce, Abuse of Power, Extortion, Coercion, Obstruction of Justice, Denial of Due Process, etc. I believe there is no proof to the contrary.

AS TO COUNT 2: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand proof of your claim to deny me my Fifth Amendment rights to Due Process by your restraining orders to disrupt lawful commerce on this land. This is Abuse of Power, Conspiracy, Collusion, Racketeering, Denial of Due Process, Extortion, Obstruction of Justice, and Dishonor in commerce, etc. I believe there is no proof to the contrary.

AS TO COUNT 3: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand proof of the Nature and Cause of this action being taken. I demand you bring forth all the injured parties as required by real law and they shall provide proof of their claim(s). Failure to do so is a violation of my rights, Lack of Due Process, Abuse of Power, Conspiracy, Fraud, Racketeering, False Imprisonment,Trespass, etc., and I believe there is no proof to the contrary.

AS TO COUNT 4: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand you bring proof of your claim of Mail Fraud. Bring forth the United States Post Office and the Universal Postal Union to prove how they have been damaged. This must be based in real law, not the "color of law." Failure to provide proof is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, etc., and I believe that there is no proof to the contrary.

AS TO COUNT 5: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand you bring proof of your claim of Bank Fraud. This must be based in real law, not the "color of law." Failure to provide proof is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, etc., and I believe that there is no proof to the contrary.

AS TO COUNT 6: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand you bring proof of your claim of Wire Fraud. This must be based in real law, not the "color of law." Failure to provide proof is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, etc., and I believe that there is no proof to the contrary.

AS TO COUNT 7: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand you bring proof of your claim of Fictitious Obligations. This must be based in real law, not the "color of law." Failure to provide proof is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, etc., and I believe that there is no proof to the contrary.

UNITED STATES DISTRIC COURT CASE 10-CV-544-ST
ANSWER in Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim (Duplicate Original)   Page 4 of 8

# OPPORTUNITY TO CURE

The Third Party Defendants have 21 calendar days to cure their Dishonor by the Following:

1.  Dismiss any and all claims against the Third Party Plaintiff, with prejudice and pay the Third Party Plaintiff $5,000,000.000 (Five Million US Dollars).  OR,

2.  Pay all damages as indicated by the counterclaim contained herein with Real Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, CAFR Funds, 801K funds, personal properties, land, real estate, etc. as needed to satisfy counterclaim herein,  ...OR,

3.  Prove your claims against me, and disprove my claims, by providing me with lawfully documented proof that is certified by the States Attorney, in his unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This proof must prove your case by preponderance, or the greater weight of proof and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented proof, as provided herein, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default.  Incomplete answers and/ or lack of documented proof as outlined herein will be Default.  If the Third Party Defendants fail to respond as outlined herein, within 21 calendar days, will be in Default.  Default will be a Self Executing Confession of Judgment on behalf of the third party defendants, and complete agreement with all the statements in this claim.  This is a contract in Admiralty.

# COUNTERCLAIM

**THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:**

1.  Failure to state a claim upon which relief can be granted. $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, Per count, per violation,  per occurrence.

2. Failure to respond as outlined herein. $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

3. Default by non response or incomplete response $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

4. Dishonor In Commerce - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

5. Obstruction of Justice - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

6. Abuse of Authority - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

7. Denial of Due Process - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

8. Extortion - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

9. Unlawful Arrest - $10, 000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

10. Trespass - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

11. Conspiracy to Defraud - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

12. Racketeering - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

13. False Imprisonment - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

14. Abuse of Power - $10,000,000.00 (Ten Million Us Dollars) per Third Party Defendant, per count, per violation, per occurrence.

15. Abuse of Process - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

UNITED STATES DISTRIC COURT CASE 10-CV-544-ST
ANSWER in Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim (Duplicate Origjnal)    Page 6 of 8

16.  Coercion - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violations, per occurrence.

17.  Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $10,000,000.00 (Ten Million US Dollars), per day, and interest of 1.5 % per month compounded daily for the first (30)

Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $25,000,000.00 (Twenty Five Million Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, including interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $50,000,000.00 (Fifty Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.

18. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds, these funds will only be accepted at Par Value as indicated above.

19.    Punitive damages will be assessed as seven (7) times the original amount of damages. Punitive damages will be added to the original amount of damages.

**NOTICE:  A true copy of this Counterclaim has been sent via USPO Registered Mail <u>RE 444 406 765 US</u>, to the Universal Postal Union, International Bureau, Case postale, 3000 BERNE 15, SWITZERLAND to conduct their inquiry and investigation into your claims of Mail Fraud and Bank Fraud covered under the UNITED NATIONS CONVENTION ON INTERNATIONAL BILLS OF EXCHANGE AND INTERNATIONAL PROMISSORY NOTES (<u>UNCITRAL</u>) and the Universal Postal Union (<u>UPU</u>) headquartered in Berne, Switzerland).  And, I hereby Invoke for my benefit, for me, Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, the treaties and obligations between the USPO and the UPU under UNCITRAL for you to provide proof of your claims to the UPU.**

**NOTICE: The UPU is not a party to this claim.**

---

**NOTICE:** All communications must be written and sent to the Notary Presenter (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response to this Counterclaim and result in a default judgment:

Saleem Majid, Notary
For benefit of *Janet Davis Majhor,*
 *American, Secured Party Creditor,*
 *Third Party Plaintiff in Interest*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

Date: MAY 24, 2010

Janet Davis Majhor, American,
Secured Party Creditor,
Third Party Plaintiff in Interest

Oregon State          )      JURAT

Washington County  )

On the 24th day of MAY, 2010 A.D., the above signed Secured Party Creditor personally appeared before me with this Administrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, and proved to me on the basis of satisfactory proof and identification to be the man or woman whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his/ her authorized capacity, and that by his/ her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

Notary Signature

SUSANNA M. GUSTAFSON.
Notary name PRINTED

BEAVERTON OR 97006
Notary City and State

11/24/13
MY commission expires

Seal/Stamp

OFFICIAL SEAL
SUSANNA M GUSTAFSON
NOTARY PUBLIC-OREGON
COMMISSION NO. 444565
MY COMMISSION EXPIRES NOVEMBER 24, 2013

# Proof of Service

## UNITED STATES DISTRICT COURT CASE 10-CV-544-ST

**I HEREBY CERTIFY that I,** _Mark-Robert s Majhon_, **Third Party Witness,** filed a Duplicate Original/True Copy of the documents listed below into the **UNITED STATES DISTRICT COURT CASE 10-CV-544-ST** for benefit of **Janet Davis Majhor:**

1. ANSWER in AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM [eight (8) pages];
2. True Copies of Proof of Service and Mailing Receipts  [sixteen(16) pages]

**I HEREBY CERTIFY that I,** _Mark-Robert s Majhor_, **Third Party Witness,** personally witnessed  these documents being notarized.

1. AFFIDAVIT OF NOTARY PRESENTMENT  [two (2) pages];
2. ANSWER in AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM [eight (8) pages].

**I HEREBY CERTIFY that I,** _Mark-Robert s Majhor_, **Third Party Witness,** that I personally mailed the Registered Mail packages which include notarized documents listed above; and these packages were sealed in my  presence by Susanna M. Gustafson, Notary, 16055 Southwest Walker Road, Beaverton, Oregon 97006, for benefit of Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, to the following:

**MARY L. MORAN, CLERK OF COURT**
1000 SW THIRD AVENUE #740
PORTLAND, OREGON  97204

**USPO Registered Mail RE 444 406 703 US**

Mailing Date: _5-24-2010_    Receipt #: _10005012 70408_

**UNITED STATES ATTORNEY'S OFFICE**
**SCOTT ERIK ASPHAUG, OSB #83367**
  **ASSISTANT UNITED STATES ATTORNEY**
**DWIGHT C. HOLTON, OSB #09054**
  **UNITED STATES ATTORNEY**
**KENT S. ROBINSON, OSB #09625**
  **ACTING UNITED STATES ATTORNEY**
1000 SW THIRD AVENUE #600
PORTLAND, OREGON  97204

**USPO Registered Mail RE 444 406 717 US**
**(four copies placed into this envelope)**

Mailing Date: _5-24-2010_    Receipt #: _100501270416_

**SEAN J. HAMBLET**
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVENUE #400
PORTLAND, OREGON 97201

USPO Registered Mail  RE 444 406 725 US

Mailing Date: *5-24-2010*    Receipt #: *1000 5012 7042Y*

**MATTHEW T. JOHNSON**
BANK EXAMINER, OCC
WASHINGTON, DC 20219

USPO Registered Mail  RE 444 406 734 US

Mailing Date: *5-24-2010*    Receipt #: *1000 5012 7043z*

**JUDGE MICHAEL MOSSMAN**
1000 SW THIRD AVENUE
PORTLAND, OREGON  97204

USPO Registered Mail  RE 444 406 748 US

Mailing Date: *5-24-2010*    Receipt #: *1000501270440*

**JUDGE JANICE M. STEWART**
1000 SW THIRD AVENUE
PORTLAND, OREGON  97204

USPO Registered Mail  RE 444 406 751 US

Mailing Date: *5-24-2010*    Receipt #: *1000501270457*

**Universal Postal Union**
International Bureau
Case postale
3000 BERNE 15
SWITZERLAND

USPO  Registered Mail RE 444 406 765 US
NOTE: The UPU is not a party in 10-CV-544-ST.
The UP has been invoked to conduct it's own inquiry and
investigation under the treaties and obligations between
the USPO and the UPU under UNCITRAL.

Mailing Date: *5-24-2010*   Receipt #: *1000501270465*

RESPECTFULLY RECORDED at (Time) *8:45 AM* on (Date) *May 25, 2010*    :

LS: *Mik-Robert-Mjh*
, Third Party Witness

PRINT NAME: *Mark-Robert: Majhor*

Address: 4130  SW  117TH AVENUE SUITE 223

City, State, Zip: BEAVERTON,  OREGON  97005

UNITED STATES COURT CASE 10-CV-544-ST
Proof of Service    Duplicate Original    Page 2 of 2



10 CV-544-ST    COUNTERCLAIM - REC. AVERMENT

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

MARY L MORAN CLERK OF COURT
1000 SW THIRD AVE #740
PORTLAND, OR 97204

RE 444 406 703 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)        RE 444 406 703 US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

Saleem Majid, Notary
For benefit of Janet Davis Majhor
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

MARY L MORAN CLERK OF COURT
1000 SW THIRD AVE #740
PORTLAND, OR 97204

REGISTERED MAIL

RE 444 406 703 US



REGISTERED MAIL™

RE 444 406 737 US

1 UNITED STATES ATTORNEY'S OFFICE
2 SCOTT ERIK ASPHAUG, OSB #833367
3 DWIGHT C. HOLTON, OSB # 09054
4 KENT S. ROBINSON, OSB #09625
1000 SW THIRD AVE #600
PORTLAND, OR 97204

Notice to Agent is Notice to Principal.
Notice to Principal is Notice to Agent

Saleem Majid, Notary
For benefit of Janet Davis Majhor
16065 Southwest Walker Road Suite 505
Beaverton, Oregon 97006



PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

1 UNITED STATES ATTORNEY'S OFFICE
2 SCOTT ERIK ASPHAUG, OSB #833367
3 DWIGHT C. HOLTON, OSB # 09054
4 KENT S. ROBINSON, OSB #09625
1000 SW THIRD AVE #600
PORTLAND, OR 97204

2. Article Number
(Transfer from service label)      RE 444 406 737 US

3. Service Type
☐ Express Mail        ☐ Certified Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

10-cv-544-ST Counterclaim - 2nd Amendment



REGISTERED MAIL™

RE 444 406 725 US

SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVE #400
PORTLAND, OR 97201

BLKEY CREEK BRIDGE

*Notice to Agent is Notice to Principal.*
*Notice to Principal is Notice to Agent.*



Saleem Majid, Notary
For benefit of *Janet Davis Majhor*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVE #400
PORTLAND, OR 97201

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Express Mail
☐ Certified Mail    ☐ Registered
☐ Return Receipt for Merchandise
☐ Insured Mail
☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

RE 444 406 725 US

RE 444406 725 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

10-cv-544-ST COUNTERCLAIM-NEW AGREEMENT



10-CV-544-ST   COUNTERCLAIM - NEG AVERMENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MATTHEW T. JOHNSON
BANK EXAMINER, OCC
US DEPARTMENT OF THE TREASURY
WASHINGTON, DC 20219

RE 444 406 734 US

2. Article Number
(Transfer from service label)    RE 444 406 734 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    ☐ Agent
     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Saleem Majid, Notary
For the Estate of Jared Nnis Majhor
16600 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

MATTHEW T. JOHNSON
BANK EXAMINER, OCC
US DEPARTMENT OF THE TREASURY
WASHINGTON, DC 20219

REGISTERED MAIL

RE 444 406 734 US

BUXBY CREEK BRIDGE USA



10-CV-544-SY COUNTERCLAIM-DISAGREEMENT

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

JUDGE MICHAEL MOSMAN
1000 SW THIRD AVENUE
PORTLAND, OR 97204

RE 444 406 748 US

2. Article Number
   (Transfer from service label)    RE 444 406 748 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by ( Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

Saleem Majid, Notary
For benefit and favor of Jamie Linville Majid
16005 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

JUDGE MICHAEL MOSMAN
1000 SW THIRD AVENUE
PORTLAND, OR 97204

REGISTERED MAIL

RE 444 406 748 US



10-CV-544-ST    COUNTERCLAIM-NEG AVERMENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUDGE JANICE M. STEWART
1000 SW THIRD AVENUE
PORTLAND, OR 97204

RE 444 406 751 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    RE 444 406 751 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Saleem Majid, Notary
For behalf of Saleem Majid
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

JUDGE JANICE M. STEWART
1000 SW THIRD AVENUE
PORTLAND, OR 97204

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent



REGISTERED MAIL

RE 444 406 751 US



REGISTERED MAIL

RE 444 406 765 US

Saleem Majid Notary
For Landlord
Jaak Davis Megan
Suite 005
Oregon of Oregon Oh, 34
% 16055 Southwest Walker Road
Suite 005
Beaverton, Oregon [97006]
United States of America
"Case postal"

Universal Postal Union
International Bureau
Case Postale
3000 Berne 15
Switzerland

```
============================================
          BEAVERTON MPO
         BEAVERTON, Oregon
             970052869
          4067870100-0095
05/24/2010 (800)275-8777 04:44:53 PM
============================================
=========== Sales Receipt ===========
Product         Sale Unit      Final
Description      Qty Price      Price

PORTLAND OR 97204               $1.22
Zone-1 First-Class
Large Env
2.80 oz.
Expected Delivery: Tue 05/25/10
Return Rcpt (Green             $2.30
Card)
~~ Registered                $11.50
Insured Value :     $21.30
Article Value :     $21.30
Label #:      RE444406703US
Customer Postage             -$21.30
  Subtotal:                    $0.00
                           ==========
Total:                         $0.00
```

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*******************************
*******************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*******************************
*******************************

Bill#:1000501270408
Clerk:14

All sales final on stamps and postage
 Refunds for guaranteed services only
      Thank you for your business
*******************************



PS Form 3806,      Receipt for Registered Mail      Copy 1 - Customer
May 2007 (7530-02-000-9051)                    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

```
=========================================
               BEAVERTON MPO
             BEAVERTON, Oregon
                 970052869
              4067870100-0095
    05/24/2010 (800)275-8777 04:45:59 PM
=========================================
              === Sales Receipt ===
    Product          Sale Unit      Final
    Description      Qty Price      Price

    PORTLAND OR 97204                $2.07
    Zone-1 First-Class
    Large Env
    7.70 oz.
    Expected Delivery: Tue 05/25/10
    Return Rcpt (Green              $2.30
    Card)
    ~~ Registered                  $11.50
    Insured Value :     $21.30
    Article Value :     $21.30
    Label #:      RE444406717US
    Customer Postage              -$21.30
    Subtotal:                       $0.00
                                ==========
    Total:                          $0.00

    Paid by:

    ~~ Save this receipt as evidence of
    insurance. For information regarding
    domestic insurance, visit our
    website at
    usps.com/insurance/postoffice.htm

    Order stamps at USPS.com/shop or
    call 1-800-Stamp24. Go to
    USPS.com/clicknship to print
    shipping labels with postage. For
    other information call
    1-800-ASK-USPS.
    *************************************
    *************************************
    Get your mail when and where you
    want it with a secure Post Office
    Box. Sign up for a box online at
    usps.com/poboxes.
    *************************************
    *************************************


    Bill#:1000501270416
    Clerk:14


    All sales final on stamps and postage
    Refunds for guaranteed services only
          Thank you for your business
    *************************************
    *************************************
```



```
================================
        BEAVERTON MPO
        BEAVERTON, Oregon
          970052869
        4067870100-0095
05/24/2010 (800)275-8777 04:47:03 PM
================================
========= Sales Receipt =========
Product        Sale Unit      Final
Description     Qty Price      Price

PORTLAND OR 97201              $1.22
Zone-1 First-Class
Large Env
2.80 oz.
Expected Delivery: Tue 05/25/10
Return Rcpt (Green            $2.30
Card)
~~ Registered               $11.50
Insured Value :   $21.30
Article Value :   $21.30
Label #:     RE444406725US
Customer Postage           -$21.30
 Subtotal:                   $0.00
                          ==========
Total:                       $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
***********************************
***********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
***********************************
***********************************


Bill#:1000501270424
Clerk:14

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business
***********************************
***********************************
```



Registered No. RE444406725US

Date Stamp

| Reg. Fee | $11.5 | | | 0100 |
| Handling Charge | $0.00 | Return Receipt | $2.30 | 14 |
| Postage | $1.22 | Restricted Delivery | $0.00 | 05/24/10 |
| Received by | | | | |

Customer Must Declare Full Value $ 2180

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

97005  OFFICIAL USE

FROM
SALEEM MAJD NOTARY
FOR BENEFIT OF Janet Davis Masko
16055 SOUTHWEST WALKER ROAD SUITE
BEAVERTON OREGON 97006
SEAN J. HAMBLET

TO
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVE #400
PORTLAND OREGON 97201

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)                      (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

```
===================================
         BEAVERTON MPO
       BEAVERTON, Oregon
          970052869
       4067870100-0095
05/24/2010 (800)275-8777 04:48:29 PM
===================================
====== Sales Receipt ======
Product      Sale Unit    Final
Description  Qty  Price   Price

WASHINGTON DC 20219          $1.22
Zone-8 First-Class
Large Env
2.80 oz.
Expected Delivery: Thu 05/27/10
Return Rcpt (Green          $2.30
Card)
~~ Registered             $11.50
  Insured Value :    $21.30
  Article Value :    $21.30
  Label #:    RE444406734US
Customer Postage          -$21.30
  Subtotal:                 $0.00
                         ==========
Total:                      $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************


Bill#:1000501270432
Clerk:14

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business
```



```
=================================================
          BEAVERTON MPO
          BEAVERTON, Oregon
             970052869
          406787O100-0095
05/24/2010 (800)275-8777 04:49:18 PM
=================================================
========= Sales Receipt =========
Product           Sale Unit     Final
Description        Qty  Price    Price

PORTLAND OR 97204                $1.22
Zone-1 First-Class
Large Env
2.80 oz.
Expected Delivery: Tue 05/25/10
Return Rcpt (Green               $2.30
Card)
~~ Registered                   $11.50
Insured Value :     $21.30
Article Value :     $21.30
Label #:      RE44440674BUS
Customer Postage                -$21.30
Subtotal:                        $0.00
                                ==========
Total:                           $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Bill#:1000501270440
Clerk:14

All sales final on stamps and postage
 Refunds for guaranteed services only
   Thank you for your business
************************************
************************************
```



```
==================================
        BEAVERTON MPO
      BEAVERTON, Oregon
         970052869
      4067870100-0095
05/24/2010 (800)275-8777 04:50:13 PM
==================================
========= Sales Receipt =========
Product       Sale Unit    Final
Description    Qty Price    Price

PORTLAND OR 97204              $1.22
Zone-1 First-Class
Large Env
2.90 oz.
Expected Delivery: Tue 05/25/10
Return Rcpt (Green            $2.30
Card)
~~ Registered               $11.50
Insured Value :     $21.30
Article Value :     $21.30
Label #:      RE444406751US
Customer Postage            -$21.30
   Subtotal:                  $0.00
                          =========
Total:                        $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clickship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************



Bill#:1000501270457
Clerk:14

All sales final on stamps and postage
 Refunds for guaranteed services only
     Thank you for your business
*********************************
*********************************
```



```
==================================
          BEAVERTON MPO
         BEAVERTON, Oregon
            970052869
         4067870100-0095
05/24/2010 (800)275-8777 04:55:26 PM
==================================
======= Sales Receipt =======
Product          Sale Unit    Final
Description       Qty Price    Price
==================================
Switzerland -                 $3.76
First-Class Mail
Int'l Large Env
3.10 oz.
Customs Form #: LC716150041US
Registered                   $11.50
Insured Value :     $15.58
Article Value :     $15.58
Label #:      RE444406765US
Customer Postage            -$15.58
Subtotal:                     $0.00
                          ==========
Total:                        $0.00

Paid by:

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Prepare your international packages
online and save time.
Pay postage online and save money
too.
www.usps.com/clicknship

Bill#:1000501270465
Clerk:14

All sales final on stamps and postage
 Refunds for guaranteed services only
     Thank you for your business
************************************
************************************
```



