FILED'10 JUN 30 12:13USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

**Civil Action No. 10-CV-544-ST**

**ANSWER**

**in**

**AFFIDAVIT – NOTICE TO THE COURT**

***In Admiralty***

---

# AFFIDAVIT OF NOTARY PRESENTMENT

<u>Oregon          state</u> )
                               ) ss.    **Commercial Oath and Verification**
<u>Washington   county</u> )

On this 29th day of _June_____, **2010**, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that ***Janet Davis Majhor***, appeared before me with the following documents listed below being sent by USPO First Class Mail and Certified Mail and to the following:

---

**AFFIDAVIT OF NOTARY PRESENTMENT**
ANSWER – NOTICE TO THE COURT In Admiralty for UNITED STATES DISTRICT COURT
DISTRICT OF OREGON PORTLAND DIVISION   CASE 10-CV-544-ST
Duplicate Original   Page 1 of 3

**NOTICE to AGENTS is NOTICE to PRINCIPALS** // **NOTICE to PRINCIPALS is NOTICE to AGENTS**

MARY L. MORAN, CLERK OF COURT
1000 SW THIRD AVENUE #740
PORTLAND, OREGON  97204

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2333

UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON 97204

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2340

SCOTT ERIK ASPHAUG, OSB #83367
  ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2340

DWIGHT C. HOLTON, OSB #09054
UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2340

KENT S. ROBINSON, OSB #09625
ACTING UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2340

SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVENUE #400
PORTLAND, OREGON 97201

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2357

MATTHEW T. JOHNSON
BANK EXAMINER, OCC
250 E STREET SW
WASHINGTON, DC 20219

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2364

JUDGE MICHAEL MOSMAN
ISLN 902335156
1000 SW THIRD AVENUE
PORTLAND, OREGON  97204

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2371

JUDGE JANICE M. STEWART
ISLN 903410340
1000 SW THIRD AVENUE
PORTLAND, OREGON  97204

USPO First Class Mail and Certified Mail #
7010 0290 0001 9961 2388

---

**AFFIDAVIT OF NOTARY PRESENTMENT**
ANSWER – NOTICE TO THE COURT In Admiralty for UNITED STATES DISTRICT COURT
DISTRICT OF OREGON PORTLAND DIVISION  CASE 10-CV-544-ST
Duplicate Original    Page 2 of 3

**LIST OF DOCUMENTS MAILED:**

1. AFFIDAVIT OF NOTARY PRESENTMENT  [three  (3) pages];

2. ANSWER - NOTICE TO THE COURT  [three  (3) pages].

**NOTICE TO THE COURT AND ITS OFFICERS:**  All responses are required to be served upon the Libellant and the Notary Acceptor at the location shown and expressly and exactly as shown below.  All communications must be written and sent to the Notary (who is not a party to this claim).  Any communications sent to any other address other than the one provided below will be considered a non-response.

Saleem Majid, Notary
For benefit of *Janet Davis Majhor,*
*American, Secured Party Creditor, Libellant,*
*Third Party Plaintiff in Interest*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

LS:_____

I am, me, **Janet Davis Majhor**, American, Secured
Party Creditor, Libellant, Third Party Plaintiff in Interest

**LEGAL NOTICE:** The Certifying Notary and/or Notary Witness is an independent contractor and not a party to this claim.  In fact the Certifying Notary and/or Notary Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

<u>Oregon        state   }</u>              ***JURAT***
                         } ss.
<u>Washington   county}</u>

Subscribed and affirmed by <u>Janet Davis Majhor</u>, personally known to me (or proved to me on the basis of satisfactory evidence) came before me, this _29th_ day of _June_____, _2010_ .

Autograph_____ Notary (SEAL)
                (Blue Ink Only)

Print Notary Name: _Anna Marie Gallo_____

My Commission Expires: _November 24th, 2013_

OFFICIAL SEAL
**ANNA MARIE GALLO**
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

---

**AFFIDAVIT OF NOTARY PRESENTMENT**
ANSWER – NOTICE TO THE COURT In Admiralty for UNITED STATES DISTRICT COURT
DISTRICT OF OREGON PORTLAND DIVISION   CASE 10-CV-544-ST
Duplicate Original     Page 3 of 3

Civil Action No. 10-CV-544-ST

# ANSWER – NOTICE TO THE COURT

**In Admiralty**

---

**ANSWER to THIRD PARTY DEFENDANT'S documents sent via:**

Cover Letter dated June 10, 2010 from DWIGHT C HOLTON, UNITED STATES ATTORNEY; SCOTT ERIK ASPHAUG, ASSISTANT UNITED STATES ATTORNEY referencing, 1) PRELIMINARY INJUNCTION ORDER,  2) PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM, 3) PLAINTIFF'S MOTION TO STRIKE ANSWER; FILED '10MAY2516:38USDC-ORP.

---

**NOTICE:  THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.**

---

**Janet Davis Majhor**
    **, Third Party Plaintiff,**
    **, American, Libellant,**
    **, Secured Party Creditor.**

    **v.**

| | |
|---|---|
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE    #740<br>PORTLAND, OREGON  97204 | Notice to Agent is Notice to Principal<br>Notice to Principal is Notice to Agent<br><br>USPO First Class and Certified Mail #<br>7010 0290 0001 9961 2333 |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE  #600<br>PORTLAND, OREGON  97204 | USPO First Class and Certified Mail #<br>7010 0290 0001 9961 2340 |
| SCOTT ERIK ASPHAUG, OSB #83367<br>ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE  #600<br>PORTLAND, OREGON  97204 | USPO First Class and Certified Mail #<br>7010 0290 0001 9961 2340 |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE  #600<br>PORTLAND, OREGON  97204 | USPO First Class and Certified Mail #<br>7010 0290 0001 9961 2340 |

---

KENT S. ROBINSON, OSB #09625
ACTING UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2340

SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVENUE #400
PORTLAND, OREGON 97201

USPO First Class and Certified Mail #
7010 0290 0001 9961 2357

MATTHEW T. JOHNSON
BANK EXAMINER, OCC
250 E STREET SW
WASHINGTON, DC 20219

USPO First Class and Certified Mail #
7010 0290 0001 9961 2364

JUDGE MICHAEL MOSSMAN
ISLN 902335156
1000 SW THIRD AVENUE
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2371

JUDGE JANICE M. STEWART
ISLN 903410340
1000 SW THIRD AVENUE
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2388

**, Third Party Defendants, Libellees**
**, Severally and Individually, All**

# NOTICE TO THE COURT

As was stated previously, I am me, Janet Davis Majhor, American, Libellant, Secured Party Creditor, Third Party Plaintiff in Interest, give "Notice to the Court" that you have exceeded your jurisdiction in this matter.  You are hereby given notice that I do <u>not</u> grant you permission and do <u>not</u> give you the authority to dismiss, deny, alter, change, strike or terminate my ANSWER and/or my COUNTERCLAIM In Admiralty filed in Case 10-CV-544-ST.

You have provided no proof based in real law in admiralty.  My Counterclaim In Admiralty stands first in line first in time.  Again, you are in default in admiralty.  Your court and its officers do not now and never will have my consent to do anything further in this matter.  There is "<u>no</u> <u>controversy</u>" here.  Your administrative remedies have been exhausted.

All Third Party Defendants/Libellees violations are hereby noticed. All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment, written or oral is a criminal act. Libellant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

All Third Party Defendants/Libellees carry the full implications and obligations in relation to the Law of Nations, International Agreements and Assurances and under the United Nations Convention on International Bills of Exchange and International Promissory Notes (UNCITRAL). All Third Party Defendants/Libellees are additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

NOTICE TO THE COURT AND ITS OFFICERS: All responses are required to be served upon the Libellant and the Notary Acceptor at the location shown and expressly and exactly as shown below. All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response.

> Saleem Majid, Notary
> For benefit of *Janet Davis Majhor,*
> *American, Secured Party Creditor, Libellant,*
> *Third Party Plaintiff in Interest*
> 16055 Southwest Walker Road Suite 505
> Beaverton, Oregon 97006

I respectfully request of the Court and its Officers to advise me whom should I see to get paid?

Respectfully Submitted on ___June 29___, **2010**.

Signature: _____

**Janet Davis Majhor**, American, Secured Party
Creditor, Libellant, Third Party Plaintiff in Interest,
One of the **people** of the united States of America

---

**ANSWER – NOTICE TO COURT – In Admiralty**
for UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION
CASE 10-CV-544-ST    Duplicate Original    Page 3 of 3