FILED'10 JUN 30 12:20USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

Civil Action No. 10-CV-544-ST

**AFFIDAVIT – FIRST NOTICE OF FAULT AND DEMAND FOR PAYMENT**

**NOTARY AFFIDAVIT OF NON-RESPONSE FOR COUNTERCLAIM**

**In Admiralty**

## AFFIDAVIT OF NOTARY PRESENTMENT

<u>Oregon       State</u>  )
                    ) ss.   **Commercial Oath and Verification**
<u>Washington   County</u> )

On this _29th_ day of ___June___, 2010., for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that **Janet Davis Majhor**, appeared before me with the following documents listed below being sent by USPO First Class Mail and Certified Mail and to the following:

**NOTICE to AGENTS is NOTICE to PRINCIPALS // NOTICE to PRINCIPALS is NOTICE to AGENTS**

MARY L. MORAN, CLERK OF COURT           USPO First Class Mail and Certified Mail #
1000 SW THIRD AVENUE #740                7010 0290 0001 9961 2333
PORTLAND, OREGON 97204

---

**FIRST NOTICE OF FAULT AND DEMAND FOR PAYMENT and
NOTARY AFFIDAVIT OF NON-RESPONSE FOR COUNTERCLAIM, In Admiralty**
for UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION  CASE 10-CV-544-ST   (Duplicate Original)   Page 1 of 3

| | |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2340 |
| SCOTT ERIK ASPHAUG, OSB #83367<br>  ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2340 |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2340 |
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2340 |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2357 |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | USPO First Class Mail<br>Certified Mail # 7010 0290 0001 9961 2364 |
| JUDGE MICHAEL MOSMAN<br>ISLN 902335156<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2371 |
| JUDGE JANICE M. STEWART<br>ISLN 903410340<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2388 |

**LIST OF DOCUMENTS MAILED:**

1. AFFIDAVIT OF NOTARY PRESENTMENT  [three (3) pages];
2. FIRST NOTICE OF FAULT AND DEMAND FOR PAYMENT [five (5) pages];
3. NOTARY AFFIDAVIT OF NON-RESPONSE [four (4) pages].

**NOTICE TO THE COURT AND ITS OFFICERS**: All responses are required to be served upon the Libellant and the Notary Acceptor at the location shown and expressly and exactly as shown below. All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response.

Saleem Majid, Notary
For benefit of *Janet Davis Majhor,*
*American, Secured Party Creditor, Libellant,*
*Third Party Plaintiff in Interest*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

LS: _____

I am, me, **Janet Davis Majhor**, American, Secured
Party Creditor, Libellant, Third Party Plaintiff in Interest

**LEGAL NOTICE**: The Certifying Notary and/or Notary Witness is an independent contractor and not a party to this claim. In fact the Certifying Notary and/or Notary Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

**Oregon     State  }**
                              } ss.         **JURAT**
**Washington  County   }**

Subscribed and affirmed by <u>Janet Davis Majhor</u>, personally known to me (or proved to me on the basis of satisfactory evidence) came before me, this _29th_ day of _June_, _2010_.

Autograph _Anna Marie Gallo_ Notary (SEAL)
                   (Blue Ink Only)

Print Notary Name: _Anna Marie Gallo_

My Commission Expires: _November 24, 2013_

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

**FIRST NOTICE OF FAULT AND DEMAND FOR PAYMENT and**
**NOTARY AFFIDAVIT OF NON-RESPONSE FOR COUNTERCLAIM, In Admiralty**
for UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION  CASE 10-CV-544-ST   (Duplicate Original)    Page 3 of 3

> Notice to Agent is Notice to Principal
> Notice to Principal is Notice to Agent



# PRIVATE

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**

## MULTNOMAH COUNTY, OREGON
## united States of America

**SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR.**
**THIS IS A SELF-EXECUTING CONTRACT.**

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY**
**ab initio ADMINISTRATIVE REMEDY**
[28 U.S.C. §1333, §1337, §2461 and §2463]

UNITED STATES DISTRICT COURT, DISTRICT OF OREGON CASE # **10-CV-544-ST**

## FIRST NOTICE OF FAULT AND DEMAND FOR PAYMENT

**LIBELLANT:**

**Janet Davis Majhor**, American, Secured Party Creditor, Third Party in Interest, Trustee, Executive Trustee for the Private Contract Trust known as **JANET DAVIS MAJHOR**
c/o **Saleem Majid,** Notary Witness

**NOTARY WITNESS:**
Saleem Majid
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

**LIBELLEE:**

| | |
|---|---|
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE #740<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2333 |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2340 |

---

| | |
|---|---|
| SCOTT ERIK ASPHAUG, OSB #83367<br>  ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE  #600<br>PORTLAND, OREGON  97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2340 |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE  #600<br>PORTLAND, OREGON  97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2340 |
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE  #600<br>PORTLAND, OREGON  97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2340 |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2357 |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2364 |
| JUDGE MICHAEL MOSMAN<br>ISLN 902335156<br>1615 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON  97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2371 |
| JUDGE JANICE M. STEWART<br>ISLN 903410340<br>1107 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON  97204 | USPO First Class Mail and Certified Mail #<br>7010 0290 0001 9961 2388 |

This demand for payment is applicable to all successors and assigns.

---

**FIRST NOTICE OF FAULT AND DEMAND FOR PAYMENT**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION  CASE 10-CV-544-ST    (Duplicate Original)    Page 2 of 5

Libellant is entitled to performance and stipulated damages agreed to by Libellees failure to respond or rebut the **INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY, File #'s RE 444 406 703 US, RE 444 406 717 US, RE 444 406 725 US, RE 444 406 734 US, RE 444 406 748 US, RE 444 406 751 US,** dated on or about **MAY 24, 2010**, hereinafter "ICC". Additionally, Libellees have failed to respond to the Affidavit of Specific Negative Averment, Opportunity to cure, and Counterclaim dated on or about **MAY 24, 2010.**

As per Libellees agreement to damages amounting to the sum certain total listed in the TRUE BILL accounting of the dishonored ICC in the following amounts, as the terms and conditions did clearly manifest, this document is a demand for payment of the agreed damages.

## DEMAND FOR SETTLEMENT AS PER AGREEMENT
### SUM CERTAIN PER AGREEMENT: USD $ 2,290,176,000,000.00

(Two Trillion Two Hundred Ninety Billion One Hundred
Seventy-Six Million and 00/100 US Dollars)
### PLUS INTEREST, PENALTIES AND FEES

"Libellant reserves the right to amend and correct and adjust the Accounting and True Bill to reflect injuries due to continued trespass."

The Sum certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

## DEMAND FOR PAYMENT

Libellant grants Libellee Three (3) days, exclusive of the date of receipt, to settle by payment of the claims contained in this document. Failure to settle is a commercial dishonor [UCC3-505]. This is a UCC CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon the completion of this commercial process.

**It is mandatory that if Libellee(s) elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's ICC mailing location exactly as shown below:**

> **Janet Davis Majhor,** American, Secured Party Creditor, Libellant, Third Party in Interest, Trustee, Executive Trustee for the Private Contract Trust known as
> **JANET DAVIS MAJHOR**
> c/o **Saleem Majid,** Notary Witness
> **16055 Southwest Walker Road Suite 505**
> **Beaverton, Oregon  97006**

## CONTRACTUAL NOTICE OF DEMAND AND SETTLEMENT
## FOR CLOSING OF THE ESCROW

Libellant is moving for settlement [U.C.C. 3-501 and U.C.C. Article 9] causing this **NOTICE OF DEMAND AND SETTLEMENT** service upon the Libellee by USPO First Class, Certified, and/or Registered Mail. This is a commercial process within the Admiralty.

Libellee is granted three (3) days [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC], exclusive of the day of service to make full payment of the Sum Certain as stated above and as evidenced in Libellant's Accounting and True Bill.

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

**Washington County** )
                     ) ss.    **Commercial Oath and Verification**
**Oregon  State      )**

I, **Janet Davis Majhor**, Executive Trustee for **JANET DAVIS MAJHOR**, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

## EXPRESS SPECIFIC RESERVATION OF RIGHTS

I explicitly reserve all my Natural rights as an American Secured Party Creditor Third Party Plaintiff in Interest under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.

By: _____
By: **Janet Davis Majhor**, American, Secured Party Creditor,
     Third Party in Interest, Trustee, Executive Trustee for the
     Private Contract Trust known as JANET DAVIS MAJHOR

---

**LEGAL NOTICE:**

**The Certifying Notary and/or Notary Witness is an independent contractor and not a party to this claim.** In fact the Certifying Notary and/or Notary Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

<u>**Washington County**</u>)        ***JURAT***
                    ) ss.
<u>**Oregon State**</u>     )

The above named Libellant, **Janet Davis Majhor**, Executive Trustee for **JANET DAVIS MAJHOR** appeared before me, a Notary, subscribed, sworn to the truth of this contractual **NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT** for closing of the escrow.

Under oath this 29th day of June, **2010**.        SEAL

_____
Notary   (Blue Ink Only)

My Commission expires November 24, 2013

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

**FIRST NOTICE OF FAULT AND DEMAND FOR PAYMENT**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION  CASE 10-CV-544-ST   (Duplicate Original)   Page 5 of 5

# NOTARY AFFIDAVIT OF NON-RESPONSE

State of ___Oregon___ )
                                           ) SA. **Commercial Oath and Verification**
County of ___Washington___ )

On this  25th  day of ___June___, 20 10 , for the purpose of verification, I, the undersigned Notary Public being a **Certifying Notary Witness** and **Third Party Independent Witness**, and being commissioned in the County of Washington State of Oregon noted above, do certify that I have received no responses from the "ANSWER" to the COURT AND ITS OFFICERS in an Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim which was notarized and sealed by me for benefit of Janet Davis Majhor on or about May 24, 2010, via registered mail to the Following recipient(s):

**REF: UNITED STATES DISTRICT COURT
DISTRICT OF OREGON CASE # 10-CV-544-ST**

**Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent**

| | |
|---|---|
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE #740<br>PORTLAND, OREGON 97204 | Re: Registered Mail Number<br>RE 444 406 703 US |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | Re: Registered Mail Number<br>RE 444 406 717 US |
| SCOTT ERIK ASPHAUG, OSB #83367<br>  ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | Re: Registered Mail Number<br>RE 444 406 717 US |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | Re: Registered Mail Number<br>RE 444 406 717 US |

| | |
|---|---|
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | Re: Registered Mail Number<br>RE 444 406 717 US |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | Re: Registered Mail Number<br>RE 444 406 725 US |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | Re: Registered Mail Number<br>RE 444 406 734 US |
| JUDGE MICHAEL MOSMAN<br>1615 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | Re: Registered Mail Number<br>RE 444 406 748 US |
| JUDGE JANICE M. STEWART<br>1107 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | Re: Registered Mail Number<br>RE 444 406 751 US |

On this 25th day of June, 2010, for the purpose of verification, I am me, and I, Janet-Davis: Majhor, American, Secured Party Creditor, Libellant, Third Party Plaintiff in Interest, do certify that I have received no responses from my "ANSWER" to the COURT AND ITS OFFICERS to the Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim in Admiralty which was filed in the court and sent by registered mail to and received by all the recipients listed above. All Third Party Defendants/Libellees are now In Default In Admiralty. They have exhausted their administrative remedies. The COURT AND ITS OFFICERS do not have my permission to dismiss, strike, alter, change or terminate my Counterclaim in Admiralty filed in Case 10-CV-544-ST. This Default in Admiralty now Stands First in Line First in Time.

LS: _____
Janet-Davis: Majhor, American, Libellant,
Secured Party Creditor, Third Party Plaintiff in
Interest

---

**NOTARY AFFIDAVIT OF NON RESPONSE**
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original    Page 2 of 4

## NOTICE TO THE COURT AND ITS OFFICERS:

All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response:

**Saleem Majid, Notary**
For benefit of *Janet Davis Majhor,*
*American, Secured Party Creditor,*
*Libellant, Third Party Plaintiff in Interest*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

I, _____Saleem Majid_____, being a **Certifying Notary Witness** and **Third Party Independent Witness** state under his/her Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and certain that I have not received answers and I have not received answers on behalf of the Libellant to her affidavits sent via registered and/or certified mail on or about May 24, 2010; and no registered and/or certified mail has been received by me on her behalf in care of 16055 Southwest Walker Road Suite 505, Beaverton, Oregon 97006, signed under oath or asseveration, and accepts the truth thereof.

LS: _____
**Certifying Notary Witness, Third Party Independent Witness**

_____SALEEM MAJID_____
**Print Name**

Subscribed and affirmed that **Janet-Davis: Majhor and Saleem Majid**, [X] personally known to me, or [X] proved to me on the basis of satisfactory evidence before me, this __25th__ day of __June__, 2010.

Autograph: _____
Notary (Blue Ink Only)

SEAL

My Commission Expires: __November 24, 2013__
Address: __16055 SW Walker Rd.__
City, State, Zip: __Beaverton, OR 97006__
Telephone: __503-617-4592__

**OFFICIAL SEAL**
**ANNA MARIE GALLO**
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

---

**NOTARY AFFIDAVIT OF NON RESPONSE**
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original    Page 3 of 4

## LEGAL NOTICE:

**The Certifying Notary is an independent contractor and not a party to the claim.**
In fact the Certifying Notary s a Federal Witness pursuant to: <u>TITLE 18, PART I, CHAPTER 73, Sec 1512</u>. (a) *Tampering with a witness, victim, or an informant.* (b) Whoever knowingly uses intimidation of physical force, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to – **(1)** influence, delay, or prevent the testimony of any person in an official proceeding; **(2)** cause or induce any person to – **(A)** withhold testimony, or withhold a record, document, or other object, from an official proceeding; **(B)** alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; © evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or **(D)** be absent from an official proceeding to which such person has been summoned by legal process; or **(3)** hinder, delay, or prevent the communication to a law enforcement officer or judge of the the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be fined under this title or imprisoned not more than ten years, or both. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of The Executive Department.* Intimidating a Notary Public under color of law is a violation of **Title 18, U.S. Code, Section 242, titled, "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This statue makes it a crime for any person acting under the color of law to willfully deprive any individual residing in the United States those rights protected by the Constitution and U.S. Laws. Other related federal statutes include Title 18, U.S. Code, Section 241, "Conspiracy Against Rights"; Title 18, U.S. Code, Section 1512, "Obstruction of Justice"; Title 18, U.S. Code, Section 1001, "False Statements." Federal statutes generally restrict color of law investigations to official actions taken by police officers, federal agents, sheriff's deputies, correctional officers, and other public safety officials. However, off duty officers who assert their official status also may face prosecution. In rare cases, the actions of security guards, private citizens, judges, defense attorneys, and prosecutors who willfully participate with federal, state, or local law enforcement officials in the commission of color of law violations fall within the purview of the federal statutes.**

* Postal Inspectors are federal law enforcement officers with investigative jurisdiction in all criminal matters involving the integrity of the mail and security of the U.S. Postal Service, U.S. Postal Inspection Service, Security Investigations Service Center, 225 N Humphreys Blvd., 4th Floor, Memphis, TN 38161-0001.
**END**