FILED'10 JUN 30 12:04USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

## Civil Action No. 10-CV-544-ST

## ANSWER – PROOF OF SERVICE

### In Admiralty

---

**ANSWER to THIRD PARTY DEFENDANT'S documents sent via:**
Cover Letter dated June 10, 2010 from DWIGHT C HOLTON, UNITED STATES ATTORNEY; SCOTT ERIK ASPHAUG, ASSISTANT UNITED STATES ATTORNEY referencing, 1) PRELIMINARY INJUNCTION ORDER,  2) PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM, 3) PLAINTIFF'S MOTION TO STRIKE ANSWER; FILED '10MAY2516:38USDC-ORP.

**Reference:**  ANSWER in "Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, In Admiralty" sent via Registered Mail to all Third Party Defendants on or about May 25, 2010.

---

**NOTICE:  THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.**

---

**Janet Davis Majhor**
    **, Third Party Plaintiff,**
    **, American, Libellant,**
    **, Secured Party Creditor.**

    **v.**

| | |
|---|---|
| | Notice to Agent is Notice to Principal<br>Notice to Principal is Notice to Agent |

MARY L. MORAN, CLERK OF COURT
1000 SW THIRD AVENUE #740
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2333

UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2340

SCOTT ERIK ASPHAUG, OSB #83367
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2340

DWIGHT C. HOLTON, OSB #09054
UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2340

KENT S. ROBINSON, OSB #09625
ACTING UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE  #600
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2340

SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVENUE #400
PORTLAND, OREGON 97201

USPO First Class and Certified Mail #
7010 0290 0001 9961 2357

MATTHEW T. JOHNSON
BANK EXAMINER, OCC
250 E STREET SW
WASHINGTON, DC 20219

USPO First Class and Certified Mail #
7010 0290 0001 9961 2364

JUDGE MICHAEL MOSSMAN
ISLN 902335156
1000 SW THIRD AVENUE
PORTLAND, OREGON  97204

USPO First Class and Certified Mail #
7010 0290 0001 9961 2371

---

JUDGE JANICE M. STEWART                    USPO First Class and Certified Mail #
ISLN 903410340                             7010 0290 0001 9961 2388
1000 SW THIRD AVENUE
PORTLAND, OREGON  97204

   , **Third Party Defendants, Libellees**
   , **Severally and Individually, All**

# PROOF OF SERVICE

## LIST OF DOCUMENTS FILED AND MAILED:

1. ANSWER – PROOF OF SERVICE [three (3) pages];

2. True Copies – USPS Track & Confirm, PS Form 3811 (known as Return Receipt "Green Cards"), PS Form 3806 Receipt for Registered Mail, and Receipts for Registered Mail Numbers:  RE 444 406 703 US, RE 444 406 717 US, RE 444 406 725 US, RE 444 406 734 US, RE 444 406 748 US, RE 444 406 751 US, RE 444 406 765 US   [twenty-one (21) pages].

NOTICE TO THE COURT AND ITS OFFICERS:  All Third Party Defendants/Libellees are subject to postal statutes and the jurisdiction of the Universal Postal Union.  All Third Party Defendants/Libellees carry the full implications and obligations in relation to the Law of Nations, International Agreements and Assurances and under the United Nations Convention on International Bills of Exchange and International Promissory Notes (UNCITRAL).

NOTICE TO THE COURT AND ITS OFFICERS:  All responses are required to be served upon the Libellant and the Notary Acceptor at the location shown and expressly and exactly as shown below.  All communications must be written and sent to the Notary (who is not a party to this claim).  Any communications sent to any other address other than the one provided below will be considered a non-response.

    Saleem Majid, Notary
    For benefit of *Janet Davis Majhor,*
    *American, Secured Party Creditor, Libellant,*
    *Third Party Plaintiff in Interest*
    16055 Southwest Walker Road Suite 505
    Beaverton, Oregon  97006

Respectfully Submitted          Signature: _____
on __**June 30, 2010**__.
                                **Janet Davis Majhor,** American, Secured Party
                                Creditor, Libellant, Third Party Plaintiff in Interest,
                                One of the **people** of the united States of America



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: RE44 4406 703U S
Class: **First-Class Mail®**
Service(s): **Registered Mail™**
            **Return Receipt**
Status: **Delivered**

Your item was delivered at 10:36 AM on May 25, 2010 in PORTLAND,
OR 97204.

Detailed Results:

- **Delivered, May 25, 2010, 10:36 am, PORTLAND, OR 97204**
- **Arrival at Unit, May 25, 2010, 5:45 am, PORTLAND, OR 97201**
- **Acceptance, May 24, 2010, 4:43 pm, BEAVERTON, OR 97005**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

**Track & Confirm**

Enter Label/Receipt Number.

( **Go >** )

---

1|21

of 1                                                        6/2/2010 9:29 P

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RE44 4406 717U S
Class: **First-Class Mail**®
Service(s): **Registered Mail**™
        **Return Receipt**
Status: **Delivered**

Your item was delivered at 12:37 PM on May 25, 2010 in PORTLAND, OR 97204.

Detailed Results:

- **Delivered, May 25, 2010, 12:37 pm, PORTLAND, OR 97204**
- **Arrival at Unit, May 25, 2010, 5:45 am, PORTLAND, OR 97201**
- **Acceptance, May 24, 2010, 4:45 pm, BEAVERTON, OR 97005**

---

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |
| |
|  |

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*

---

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

2/21

JSPS - Track & Confirm                    http://trkcnfrm    i.usps.com/PTSInternetWeb/InterLabelInquiry.

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RE44 4406 725U S
Class: **First-Class Mail®**
Service(s): **Registered Mail™**
        **Return Receipt**
Status: **Delivered**

Your item was delivered at 7:34 AM on May 25, 2010 in PORTLAND, OR 97204.

Detailed Results:

- **Delivered, May 25, 2010, 7:34 am, PORTLAND, OR 97204**
- **Arrival at Unit, May 25, 2010, 5:45 am, PORTLAND, OR 97201**
- **Acceptance, May 24, 2010, 4:46 pm, BEAVERTON, OR 97005**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. (Go >) 

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

3/21

JSPS - Track & Confirm                              http://trkcnfrm' ..usps.com/PTSInternetWeb/InterLabelInquiry.c

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RE44 4406 734U S
Class: **First-Class Mail**®
Service(s): **Registered Mail**™
    **Return Receipt**
Status: **Delivered**

Your item was delivered at 6:46 AM on June 2, 2010 in WASHINGTON,
DC 20219.

Detailed Results:

- **Delivered, June 02, 2010, 6:46 am, WASHINGTON, DC 20219**
- **Arrival at Unit, June 02, 2010, 1:28 am, WASHINGTON, DC 20074**
- **Acceptance, May 24, 2010, 4:47 pm, BEAVERTON, OR 97005**

### Track & Confirm

Enter Label/Receipt Number.

**Go >**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  **Go >**

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

4/21

of 1                                                                6/2/2010 9:28 P'



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: RE44 4406 748U S
Class: **First-Class Mail**®
Service(s): **Registered Mail**™
           **Return Receipt**
Status: **Delivered**

Your item was delivered at 10:36 AM on May 25, 2010 in PORTLAND,
OR 97204.

Detailed Results:

- **Delivered, May 25, 2010, 10:36 am, PORTLAND, OR 97204**
- **Arrival at Unit, May 25, 2010, 5:45 am, PORTLAND, OR 97201**
- **Acceptance, May 24, 2010, 4:48 pm, BEAVERTON, OR 97005**

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA 

5|21

of 1                                                                6/2/2010 9:30 P

USPS - Track & Confirm                    http://trkcnfrm    i.usps.com/PTSInternetWeb/InterLabelInquiry.c

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RE44 4406 751U S**
Class: **First-Class Mail®**
Service(s): **Registered Mail™**
　　　　　　**Return Receipt**
Status: **Delivered**

Your item was delivered at 10:36 AM on May 25, 2010 in PORTLAND, OR 97204.

Detailed Results:

- **Delivered, May 25, 2010, 10:36 am, PORTLAND, OR 97204**
- **Arrival at Unit, May 25, 2010, 5:45 am, PORTLAND, OR 97201**
- **Acceptance, May 24, 2010, 4:49 pm, BEAVERTON, OR 97005**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

JSPS - Track & Confirm                                    http://trkcnfrm' i.usps.com/PTSInternetWeb/InterLabelInquiry.c



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RE44 4406 765U S
Class: **First-Class Mail International**
Service(s): **Registered Mail**™
Status: **Delivered Abroad**

Your item was delivered in SWITZERLAND at 7:42 AM on May 31, 2010.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

Detailed Results:

* **Delivered Abroad, May 31, 2010, 7:42 am, SWITZERLAND**
* **Out of Foreign Customs, May 30, 2010, 1:53 pm, SWITZERLAND**
* **Arrived Abroad, May 30, 2010, 1:53 pm, SWITZERLAND**
* **International Dispatch, May 29, 2010, 8:11 am, ISC NEW YORK NY(USPS)**
* **Arrival**
* **Acceptance, May 24, 2010, 4:51 pm, BEAVERTON, OR 97005**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.      No FEAR Act EEO Data    FOIA

7/21

10 CV-544-ST    COUNTERCLAIM - NEG. AVERMENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARY L MORAN CLERK OF COURT
1000 SW THIRD AVE #740
PORTLAND, OR  97204

RE 444 406 703 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kindy Moore     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Kindy Moore     5 25 10

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    RE 444 406 703 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

10-CV-544-ST    COUNTERCLAIM - NEG AVERMENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

1 UNITED STATES ATTORNEY'S OFFICE
2 SCOTT ERIK ASPHAUG, OSB #83367
3 DWIGHT C. HOLTON, OSB # 09054
4 KENT S. ROBINSON, OSB #09625
1000 SW THIRD AVE #600
PORTLAND, OR  97204

RE 444 406 717 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Donna A Butruff     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 25 2010

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    RE 444 406 717 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

10 - CV-544-ST    COUNTERCLAIM - NEG. AVERMENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVE #400
PORTLAD, OR  97201

RE 444406 725 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David R Somdal     ☒ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
David Somdal     5-25-10

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    RE 444 406 725 US

8|21

10-CV-544-
UNITED STATES POSTAL SERVICE
MARY L MORAN
CLERK OF COURT
RE 449 406 703US

**• Sender: Please print your name, address, and ZIP+4 in this box •**

Saleem Majid, Notary
For benefit of Janet Davis Majhor
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

10-CV-544-ST
UNITED STATES POSTAL SERVICE
US ATTNYS OFFICE
ASPAUG ROBINSON
HOLTEN
RE 449 406 717US

**• Sender: Please print your name, address, and ZIP+4 in this box •**

Saleem Majid, Notary
For benefit of Janet Davis Majhor
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

342

10-CV-544-ST
UNITED STATES POSTAL SERVICE
SEAN JHAMLEY FBI
RE 449 406 735US

**• Sender: Please print your name, address, and ZIP+4 in this box •**

Saleem Majid, Notary
For benefit of Janet Davis Majhor
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

10-CV-544-ST COUNTERCLAIM -NEG AVERMENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Randy Moore          ☑ Agent   ☐ Addressee
B. Received by (Printed Name)  Randy Moore   C. Date of Delivery  5/25/10
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

JUDGE MICHAEL MOSMAN
1000 SW THIRD AVENUE
PORTLAND, OR 97204

RE 444 406 748 US

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RE 444 406 748 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

10-CV-544-ST COUNTERCLAIM -NEG AVERMENT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Randy Moore          ☑ Agent   ☐ Addressee
B. Received by (Printed Name)  Randy Moore   C. Date of Delivery  5/25/10
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

JUDGE JANICE M. STEWART
1000 SW THIRD AVENUE
PORTLAND, OR 97204

RE 444 406 751 US

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RE 444 406 751 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

10/21



10-CV-544-ST

UNITED STATES POSTAL SERVICE

JUDGE MICHAEL MOSMAN

RE 444 406 448 US

• Sender: Please print your name, address, and ZIP+4 in this box •

Saleem Majid, Notary
For benefit of *Janet Davis Majhor*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

10-CV-544-ST

NITED STATES POSTAL SERVICE

JUDGE JANICE M. STEWART

RE 444 406 751 US

• Sender: Please print your name, address, and ZIP+4 in this box •

Saleem Majid, Notary
For benefit of *Janet Davis Majhor*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

11/21

 **UNITED STATES POSTAL SERVICE ™**

Date: 06/23/2010

SARA HELMS:

The following is in response to your 06/23/2010 request for delivery information on your Registered Mail(TM) item number RE44 4406 734U S. The delivery record shows that this item was delivered on 06/02/2010 at 06:46 AM in WASHINGTON, DC 20219 to J FOREMAN. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

12/21



## Track/Confirm - Intranet Item Inquiry - Domestic

**Tracking Label: RE44 4406 734U S**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20219 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 97005-2869 | **City:** BEAVERTON | **State:** OR |

**Class/Service:** First-Class Packages Registered

Service Calculation Information

**Weight:** 0 lb(s) 3 oz(s)                              **Postage:** $1.22

                                                     **Zone:** 08

**Firm Book ID:** 5103 0SGS E420 0784 6657

**Delivery Option Indicator:** Normal Delivery          **PO Box?:** N

**Rate Indicator:** SINGLE PIECE - FLAT

| Special Services | Associated Labels | Amount |
|---|---|---|
| Registered Mail | RE44 4406 734U S | $11.50 |
| Return Receipt | RE44 4406 734U S | $2.30 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 06/02/2010 06:46 | WASHINGTON, DC 20219 | 030SGSD825 |
| | **Input Method:** Firm Book | | |
| | **Finance Number:** 105010 | | |
| | Firm Name: COMPT CURRENCY | | |
| | Recipient: 'J FOREMAN' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 06/02/2010 01:28 | WASHINGTON, DC 20074 | 030SGSE420 |
| | **Input Method:** Firm Book | | |
| ACCEPT OR PICKUP | 05/24/2010 16:47 | BEAVERTON, OR 97005 | |
| | **Input Method:** Scanned | | |
| | **Finance Number:** 400688 | | |

**Enter Request Type and Item Number:**

**Quick Search** ⦿    **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

13/21

*Version 1.0*

Inquire on <u>multiple items</u>.

Go to the Product Tracking System <u>Home Page</u>.

14/21

```
===================================
          BEAVERTON MPO
        BEAVERTON, Oregon
           970052869
         4067870100-0095
05/24/2010 (800)275-8777 04:44:53 PM
===================================
======= Sales Receipt =======
Product        Sale Unit    Final
Description     Qty Price    Price

PORTLAND OR 97204           $1.22
Zone-1 First-Class
Large Env
2.80 oz.
Expected Delivery: Tue 05/25/10
Return Rcpt (Green          $2.30
Card)
~~ Registered             $11.50
Insured Value :   $21.30
Article Value :   $21.30
Label #:      RE444406703US
Customer Postage          -$21.30
  Subtotal:                 $0.00
                          =========
Total:                      $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm


Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
***************************************
***************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
***************************************
***************************************


Bill#:1000501270408
Clerk:14


All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business
***************************************
***************************************
```



15/21

```
=============================================
          BEAVERTON MPO
        BEAVERTON, Oregon
             970052869
          4067870100-0095
05/24/2010 (800)275-8777 04:45:59 PM
=============================================
========= Sales Receipt =========
Product        Sale Unit      Final
Description      Qty  Price    Price
=============================================
PORTLAND OR 97204             $2.07
Zone-1 First-Class
Large Env
7.70 oz.
Expected Delivery: Tue 05/25/10
Return Rcpt (Green           $2.30
Card)
~~ Registered               $11.50
  Insured Value :    $21.30
  Article Value :    $21.30
  Label #:      RE444406717US
Customer Postage            -$21.30
  Subtotal:                  $0.00
                          ==========
Total:                       $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clickNship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*************************************
*************************************


Bill#:1000501270416
Clerk:14

All sales final on stamps and postage
 Refunds for guaranteed services only
      Thank you for your business
*************************************
```



PS Form 3806,    Receipt for Registered Mail
May 2007 (7530-02-000-9051)

16/21

```
=========================================
        BEAVERTON MPO
        BEAVERTON, Oregon
          970052869
        4067870100-0095
05/24/2010 (800)275-8777 04:47:03 PM
========= Sales Receipt =========
Product          Sale Unit    Final
Description       Qty Price   Price

PORTLAND OR 97201              $1.22
Zone-1 First-Class
Large Env
2.80 oz.
Expected Delivery: Tue 05/25/10
Return Rcpt (Green            $2.30
Card)
~~ Registered               $11.50
Insured Value :   $21.30
Article Value :   $21.30
Label #:      RE444406725US
Customer Postage            -$21.30
 Subtotal:                   $0.00
                        ==========
Total:                       $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*****************************************
*****************************************


Bill#:1000501270424
Clerk:14


All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business
*****************************************
*****************************************
```



17/21

```
=================================
         BEAVERTON MPO
        BEAVERTON, Oregon
           970052869
         4067870100-0095
05/24/2010 (800)275-8777 04:48:29 PM
=================================
======== Sales Receipt ========
Product      Sale Unit      Final
Description   Qty Price     Price
---------------------------------
WASHINGTON DC 20219         $1.22
Zone-8 First-Class
Large Env
2.80 oz.
Expected Delivery: Thu 05/27/10
Return Rcpt (Green
Card)                      $2.30
~~ Registered             $11.50
Insured Value :   $21.30
Article Value :   $21.30
Label #:    RE444406734US
Customer Postage         -$21.30
Subtotal:                  $0.00
                         ==========
Total:                     $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************


Bill#:1000501270432
Clerk:14

All sales final on stamps and postage
  Refunds for guaranteed services only
     Thank you for your business
*********************************
*********************************
```



| Registered No. | | | | Date Stamp |
|---|---|---|---|---|
| RE444406734US | | | | |
| Reg. Fee | $11.50 | | | 0100 |
| Handling Charge | $0.00 | Return Receipt | $2.30 | 14 |
| Postage | $1.22 | Restricted Delivery | $0.00 | 05/24/10 |
| Received by | | | | |

Customer Must Declare Full Value $21.30

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

97005

FROM: SALEEM MAJID, NOTARY
FOR BENEFIT OF Janet Davis Maylon
16055 SOUTHWEST WALKER ROAD
BEAVERTON OREGON 97006

TO: MARTHRED ALG'S JOHNSON
BANK EXAMINER, OCC
US DEPT OF THE TREASURY
WASHINGTON DC 20219

PS Form 3806,   Receipt for Registered Mail      Copy 1 - Customer
May 2007 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

18/21

```
==============================================
            BEAVERTON MPO
         BEAVERTON, Oregon
            970052869
         4067870100-0095
05/24/2010 (800)275-8777 04:49:18 PM
==============================================
========= Sales Receipt ==========
Product        Sale Unit      Final
Description     Qty Price      Price
==============================================
PORTLAND OR 97204              $1.22
Zone-1 First-Class
Large Env
 2.80 oz.
 Expected Delivery: Tue 05/25/10
Return Rcpt (Green            $2.30
Card)
~~ Registered               $11.50
Insured Value :    $21.30
Article Value :    $21.30
Label #:      RE444406748US
Customer Postage           -$21.30
Subtotal:                    $0.00
                          ==========
Total:                       $0.00

Paid by:


~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************



Bill#:1000501270440
Clerk:14

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business
*********************************
*********************************
```



```
=====================================
           BEAVERTON MPO
          BEAVERTON, Oregon
             970052869
           4067870100-0095
05/24/2010 (800)275-8777 04:50:13 PM
=====================================
============ Sales Receipt ==========
Product         Sale Unit      Final
Description      Qty Price      Price

PORTLAND OR 97204               $1.22
Zone-1 First-Class
Large Env
2.90 oz.
Expected Delivery: Tue 05/25/10
Return Rcpt (Green             $2.30
Card)
~~ Registered                 $11.50
Insured Value :     $21.30
Article Value :     $21.30
Label #:        RE444406751US
Customer Postage              -$21.30
 Subtotal:                      $0.00
                            ==========
Total:                          $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*************************************
*************************************


Bill#:1000501270457
Clerk:14

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
```



20/21

```
===================================
      BEAVERTON MPO
      BEAVERTON, Oregon
        970052869
      4067870100-0095
05/24/2010 (800)275-8777 04:55:26 PM
===================================
============ Sales Receipt ==========
Product         Sale Unit      Final
Description      Qty Price      Price

Switzerland -                   $3.76
First-Class Mail
Int'l Large Env
3.10 oz.
Customs Form #: LC716150041US
Registered                     $11.50
Insured Value :       $15.58
Article Value :       $15.58
Label #:      RE444406765US
Customer Postage             -$15.58
Subtotal:                      $0.00
                            ==========
Total:                         $0.00

Paid by:

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Prepare your international packages
online and save time.
Pay postage online and save money
too.
www.usps.com/clicknship

Bill#:1000501270465
Clerk:14

All sales final on stamps and postage
 Refunds for guaranteed services only
      Thank you for your business
************************************
************************************
```



21/21