FILED'10 AUG 17 12:18 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon
Portland Division

Civil Action No. 10-CV-544-ST

**AFFIDAVIT – FINAL NOTICE OF FAULT AND DEMAND FOR PAYMENT**

**NOTARY AFFIDAVIT OF NON-RESPONSE FOR "SECOND NOTICE OF FAULT AND DEMAND FOR PAYMENT"**

**In Admiralty**

---

# AFFIDAVIT OF NOTARY PRESENTMENT

<u>Oregon      State</u> )
                     ) ss.   Commercial Oath and Verification
<u>Washington   County</u> )

On this 17th day of August, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that **Janet Davis Majhor**, appeared before me with the following documents listed below being sent by USPO First Class Mail and Certified Mail and to the following:

---

**AFFIDAVIT OF NOTARY PRESENTMENT**
FINAL NOTICE OF FAULT AND DEMAND FOR PAYMENT and
NOTARY AFFIDAVIT OF NON-RESPONSE FOR "SECOND NOTICE OF FAULT AND DEMAND FOR PAYMENT", In Admiralty for UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION  CASE 10-CV-544-ST   (Duplicate Original)   Page 1 of 3

**NOTICE to AGENTS is NOTICE to PRINCIPALS // NOTICE to PRINCIPALS is NOTICE to AGENTS**

| | |
|---|---|
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE #740<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6007 |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6014 |
| SCOTT ERIK ASPHAUG, OSB #83367<br>  ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6014 |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6014 |
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6014 |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6021` |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6038 |
| JUDGE MICHAEL MOSMAN<br>ISLN 902335156<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6045 |
| JUDGE JANICE M. STEWART<br>ISLN 903410340<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6052 |

---

**LIST OF DOCUMENTS FILED/MAILED:**

1. AFFIDAVIT OF NOTARY PRESENTMENT [three (3) pages];
2. FINAL NOTICE OF FAULT AND DEMAND FOR PAYMENT [five (5) pages];
3. NOTARY AFFIDAVIT OF NON-RESPONSE for "SECOND NOTICE OF FAULT AND DEMAND FOR PAYMENT" [four (4) pages].

**NOTICE TO THE COURT AND ITS OFFICERS:** All responses are required to be served upon the Libellant and the Notary Acceptor at the location shown and expressly and exactly as shown below. All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response.

Saleem Majid, Notary
For benefit of *Janet Davis Majhor,*
*American, Secured Party Creditor, Libellant,*
*Third Party Plaintiff in Interest*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

LS: _____
I am, me, **Janet Davis Majhor**, American, Secured
Party Creditor, Libellant, Third Party Plaintiff in Interest

**LEGAL NOTICE:** The Certifying Notary and/or Notary Witness is an independent contractor and not a party to this claim. In fact the Certifying Notary and/or Notary Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

| **Oregon     State**     } | ***JURAT*** |
|---|---|
| } ss. | |
| **Washington  County**    } | |

Subscribed and affirmed by Janet Davis Majhor, personally known to me (or proved to me on the basis of satisfactory evidence) came before me, this ___17th___ day of ___August___, __2010__.

Autograph: _Anna Mae Gallo_ _____ Notary (SEAL)
(Blue Ink Only)
Print Notary Name: _Anna Marie Gallo_
My Commission Expires: _November 24, 2013_

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

---

**AFFIDAVIT OF NOTARY PRESENTMENT**
FINAL NOTICE OF FAULT AND DEMAND FOR PAYMENT and
NOTARY AFFIDAVIT OF NON-RESPONSE FOR "SECOND NOTICE OF FAULT AND
DEMAND FOR PAYMENT", In Admiralty for UNITED STATES DISTRICT COURT DISTRICT OF
OREGON PORTLAND DIVISION  CASE 10-CV-544-ST   (Duplicate Original)    Page 3 of 3



```
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent
```

# PRIVATE

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES

## MULTNOMAH COUNTY, OREGON
## united States of America

### SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR.
### THIS IS A SELF-EXECUTING CONTRACT.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY
ab initio ADMINISTRATIVE REMEDY
[28 U.S.C. §1333, §1337, §2461 and §2463]

UNITED STATES DISTRICT COURT, DISTRICT OF OREGON CASE # 10-CV-544-ST

## FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT

**LIBELLANT:**

Janet Davis Majhor, American, Secured Party Creditor, Third Party in Interest, Trustee, Executive Trustee for the Private Contract Trust known as **JANET DAVIS MAJHOR**
c/o **Saleem Majid,** Notary Witness

**NOTARY WITNESS:**
Saleem Majid
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

**LIBELLEE:**

| | |
|---|---|
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE #740<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6007 |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6014 |

| | |
|---|---|
| SCOTT ERIK ASPHAUG, OSB #83367<br>  ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6014 |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6014 |
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6014 |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6021 |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6038 |
| JUDGE MICHAEL MOSMAN<br>ISLN 902335156<br>1615 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6045 |
| JUDGE JANICE M. STEWART<br>ISLN 903410340<br>1107 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6052 |

This demand for payment is applicable to all successors and assigns.

Libellant is entitled to performance and stipulated damages agreed to by Libellees failure to respond or rebut the **INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY, File #'s RE 444 406 703 US, RE 444 406 717 US, RE 444 406 725 US, RE 444 406 734 US, RE 444 406 748 US, RE 444 406 751 US,** dated on or about **MAY 24, 2010**, hereinafter "ICC". Additionally,

Libellees have failed to respond to the Affidavit of Specific Negative Averment, Opportunity to cure, and Counterclaim dated on or about **MAY 24, 2010.**

**And, Libellees have failed to respond to the NOTICES OF DISHONOR AND FAULT AND OPPORTUNITY TO CURE THAT WERE DELIVERED BY NOTARY PRESENTMENT dated on or about JUNE 30, 2010 and on or about AUGUST 4, 2010.**

As per Libellees agreement to damages amounting to the sum certain total listed in the TRUE BILL accounting of the dishonored **ICC** in the following amounts, as the terms and conditions did clearly manifest, this document is a demand for payment of the agreed damages.

## FINAL DEMAND FOR SETTLEMENT AS PER AGREEMENT

### DEMAND FOR SETTLEMENT AS PER AGREEMENT

**SUM CERTAIN PER AGREEMENT: USD $ 2,576,448,000,000.00**
(Two Trillion Five Hundred Seventy-six Billion Four Hundred
Forty-eight Million and 00/100 US Dollars)
**PLUS INTEREST, PENALTIES AND FEES**

"Libellant reserves the right to amend and correct and adjust the Accounting and True Bill to reflect injuries due to continued trespass."

**Accounting and True Bill:**

| | | |
|---|---|---|
| Number of LIBELLEES | 9 | --- |
| Number of COUNTS | X 7 | 63 |
| Number of VIOLATIONS | X 16 | 1008 |
| Cost per VIOLATION | X 10,000,0000.00 (US Dollars defined below) | 1,080,000,000.00 (One Billion Eighty Million) |
| MULTIPLIER [Based on value of a one ounce silver coin of .999 fine silver as established by the US Mint on the first day of default ($31.95 per oz).] | X 31.95 | 322,056,000,000.00 (Three Hundred Twenty-two Billion Fifty-six Million) |
| PUNITIVE DAMAGES (DAMAGES + 7 = 8) | X 8 | TOTAL = 2,576,448,000,000.00 (Two Trillion Five Hundred Seventy-Six Billion Four Hundred Forty-eight Million) |

The Sum certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

# FINAL DEMAND FOR PAYMENT

Libellant grants Libellee Three (3) days, exclusive of the date of receipt, to settle by payment of the claims contained in this document. Failure to settle is a commercial dishonor [UCC3-505]. This is a UCC CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon the completion of this commercial process.

**It is mandatory that if Libellee(s) elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's ICC mailing location exactly as shown below:**

>   **Janet Davis Majhor**, American, Secured Party Creditor, Libellant, Third Party in Interest, Trustee, Executive Trustee for the Private Contract Trust known as **JANET DAVIS MAJHOR**
>   c/o **Saleem Majid,** Notary Witness
>   **16055 Southwest Walker Road Suite 505**
>   **Beaverton, Oregon   97006**

## CONTRACTUAL FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

Libellant is moving for settlement [U.C.C. 3-501 and U.C.C. Article 9] causing this **FINAL NOTICE OF DEFAULT AND DEMAND FOR SETTLEMENT** service upon the Libellee by Registered Mail. This is a commercial process within the Admiralty.

Libellee is granted Three (3) days [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC], exclusive of the day of service to make full payment of the Sum Certain as stated above and as evidenced in Libellant's Accounting and True Bill.

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

<u>Washington County</u> )
                              ) ss.    **Commercial Oath and Verification**
<u>Oregon State</u>        )

I, **Janet Davis Majhor,** Executive Trustee for **JANET DAVIS MAJHOR**, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

## EXPRESS SPECIFIC RESERVATION OF RIGHTS AND RETAINING ALL IMMUNITIES

I explicitly reserve all my Natural rights and retain all my Natural immunities as an American Secured Party Creditor Third Party Plaintiff in Interest under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. <u>I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement</u>.

By: _____
By: **Janet Davis Majhor**, American, Secured Party Creditor,
    Third Party in Interest, Trustee, Executive Trustee for
    the Private Contract Trust known as JANET DAVIS MAJHOR

**LEGAL NOTICE:** The Certifying Notary and/or Notary Witness is an independent contractor and not a party to this claim. In fact the Certifying Notary and/or Notary Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

<u>**Washington County**</u> )          ***JURAT***
                          ) ss.
<u>**Oregon  State**</u>     )

The above named Libellant, **Janet Davis Majhor**, Executive Trustee for **JANET DAVIS MAJHOR** appeared before me, a Notary, subscribed, sworn to the truth of this contractual **FINAL NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT** for closing of the escrow.

Under oath this 17th day of August, 2010.

_____
Notary    (Blue Ink Only)

My Commission expires November 24, 2013

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

---

**FINAL NOTICE OF FAULT AND DEMAND FOR PAYMENT**
(filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION  CASE 10-CV-544-ST)    (Duplicate Original)    Page 5 of 5

# NOTARY AFFIDAVIT OF NON-RESPONSE

State of ____Oregon____ )
) SA. **Commercial Oath and Verification**
County of ____Washington____ )

On this _17th_ day of **August**, _2010_, for the purpose of verification, I, the undersigned Notary Public being a **Certifying Notary Witness** and **Third Party Independent Witness**, and being commissioned in the County of Washington State of Oregon noted above, do certify that I have received no responses from the COURT AND ITS OFFICERS from the Second Notice of Fault and Demand for Payment which was notarized and mailed for benefit of Janet Davis Majhor on or about August 4, 2010, sent via USPO First Class Mail and Certified Mail to the Following recipient(s):

**REF: UNITED STATES DISTRICT COURT
DISTRICT OF OREGON CASE # 10-CV-544-ST**

    **Notice to Agent is Notice to Principal
    Notice to Principal is Notice to Agent**

MARY L. MORAN, CLERK OF COURT     Re: Certified Mail Number
1000 SW THIRD AVENUE #740         7010 0290 0001 9961 2418
PORTLAND, OREGON 97204

UNITED STATES ATTORNEY'S OFFICE    Re: Certified Mail Number
1000 SW THIRD AVENUE #600         7010 0290 0001 9961 2425
PORTLAND, OREGON 97204

SCOTT ERIK ASPHAUG, OSB #83367     Re: Certified Mail Number
 ASSISTANT UNITED STATES ATTORNEY   7010 0290 0001 9961 2425
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE #600
PORTLAND, OREGON 97204

DWIGHT C. HOLTON, OSB #09054      Re: Certified Mail Number
UNITED STATES ATTORNEY          7010 0290 0001 9961 2425
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE #600
PORTLAND, OREGON 97204

---

**NOTARY AFFIDAVIT OF NON RESPONSE**
for "Second Notice of Fault and Demand for Payment"
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original  Page 1 of 4

| | |
|---|---|
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | Re: Certified Mail Number<br>7010 0290 0001 9961 2425 |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | Re: Certified Mail Number<br>7010 0290 0001 9961 2432 |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | Re: Certified Mail Number<br>7010 0290 0001 9961 2449 |
| JUDGE MICHAEL MOSMAN<br>1615 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | Re: Certified Mail Number<br>7010 0290 0001 9961 2456 |
| JUDGE JANICE M. STEWART<br>1107 UNITED STATES COURTHOUSE<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | Re: Certified Mail Number<br>7010 0290 0001 9961 2463 |

On this __17TH__ day of __August__, __2010__, for the purpose of verification, I am me, and I, Janet-Davis: Majhor, American, Secured Party Creditor, Libellant, Third Party Plaintiff in Interest, do certify that I have received no responses from the COURT AND ITS OFFICERS to my "Second Notice of Fault and Demand for Payment" in Admiralty which was filed in the court and sent by USPO First Class Mail and Certified Mail to and received by all the recipients listed above. All Third Party Defendants/Libellees are now In Default In Admiralty. They have exhausted their administrative remedies. The COURT AND ITS OFFICERS do not have my permission to dismiss, strike, alter, change or terminate my Counterclaim in Admiralty filed in Case 10-CV-544-ST. This Default in Admiralty (Rule 55) now Stands First in Line First in Time.

LS: _Janet Davis Majhor_  3c USA

**Janet Davis Majhor, American, Libellant,**
**Secured Party Creditor, Third Party Plaintiff in Interest**

---

**NOTARY AFFIDAVIT OF NON RESPONSE**
for "Second Notice of Fault and Demand for Payment"
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original    Page 2 of 4

## NOTICE TO THE COURT AND ITS OFFICERS:

All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response:

**Saleem Majid, Notary**
For benefit of *Janet Davis Majhor,*
*American, Secured Party Creditor,*
*Libellant, Third Party Plaintiff in Interest*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

I, ___Saleem Majid___, being a **Certifying Notary Witness** and **Third Party Independent Witness** state under his/her Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and certain that I have not received answers and I have not received answers on behalf of the Libellant to her notices sent via registered and/or certified mail on or about August 4, 2010, 2010; and no registered and/or certified mail has been received by me on her behalf in care of 16055 Southwest Walker Road Suite 505, Beaverton, Oregon 97006, signed under oath or asseveration, and accepts the truth thereof.

LS: _____
**Certifying Notary Witness, Third Party Independent Witness**

___Saleem Majid___
**Print Name**

*****************************************************************************

### LEGAL NOTICE:

**The Certifying Notary is an independent contractor and not a party to the claim.** In fact the Certifying Notary s a Federal Witness pursuant to: TITLE 18, PART I, CHAPTER 73, Sec 1512. **(a)** *Tampering with a witness, victim, or an informant.* **(b)** Whoever knowingly uses intimidation of physical force, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to – **(1)** influence, delay, or prevent the testimony of any person in an official proceeding; **(2)** cause or induce any person to – **(A)** withhold testimony, or withhold a record, document, or other object, from an official proceeding; **(B)** alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; © evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or **(D)** be absent from an official proceeding to which such person has

---

**NOTARY AFFIDAVIT OF NON RESPONSE**
for "Second Notice of Fault and Demand for Payment"
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original    Page 3 of 4

been summoned by legal process; or **(3)** hinder, delay, or prevent the communication to a law enforcement officer or judge of the the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be fined under this title or imprisoned not more than ten years, or both. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of The Executive Department.* Intimidating a Notary Public under color of law is a violation of **Title 18, U.S. Code, Section 242, titled, "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This statue makes it a crime for any person acting under the color of law to willfully deprive any individual residing in the United States those rights protected by the Constitution and U.S. Laws. Other related federal statutes include Title 18, U.S. Code, Section 241, "Conspiracy Against Rights"; Title 18, U.S. Code, Section 1512, "Obstruction of Justice"; Title 18, U.S. Code, Section 1001, "False Statements." Federal statutes generally restrict color of law investigations to official actions taken by police officers, federal agents, sheriff's deputies, correctional officers, and other public safety officials. However, off duty officers who assert their official status also may face prosecution. In rare cases, the actions of security guards, private citizens, judges, defense attorneys, and prosecutors who willfully participate with federal, state, or local law enforcement officials in the commission of color of law violations fall within the purview of the federal statutes.**

\* Postal Inspectors are federal law enforcement officers with investigative jurisdiction in all criminal matters involving the integrity of the mail and security of the U.S. Postal Service, U.S. Postal Inspection Service, Security Investigations Service Center, 225 N Humphreys Blvd., 4th Floor, Memphis, TN 38161-0001.

*********************************************************************

**State of**      Oregon              )
                                      ) ss.     *Jurat*
**County of**    Washington           )

Subscribed and affirmed that **Janet Davis Majhor** and **Saleem Majid**, [ X ] personally known to me, or [ X ] proved to me on the basis of satisfactory evidence before me, this _17th_ day of **August**, _2010_.

Autograph: _Anna Marie Gallo_
             Notary    (Blue Ink Only)

My Commission Expires: _November 24, 2013_
Address: _16055 SW Walker Rd._
City, State, Zip: _Beaverton, OR 97006_
Telephone: _503-617-4592_

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

---

**NOTARY AFFIDAVIT OF NON RESPONSE**
for "Second Notice of Fault and Demand for Payment"
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original    Page 4 of 4