FILED'10 AUG 30 12:36USDC-ORP

# UNITED STATES DISTRICT COURT

for the
District of Oregon
Portland Division

**Civil Action No. 10-CV-544-ST**

**AFFIDAVIT – NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NIHIL DICIT**

**NOTARY AFFIDAVIT OF NON-RESPONSE FOR "FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT"**

**In Admiralty**

---

# AFFIDAVIT OF NOTARY PRESENTMENT

**Oregon State )**
**) ss. Commercial Oath and Verification**
**Washington County )**

On this 30th day of **August**, **2010**, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that **Janet Davis Majhor**, appeared before me with the following documents listed below being sent by USPO First Class Mail and Certified Mail and to the following:

**AFFIDAVIT OF NOTARY PRESENTMENT**
NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NIHIL DICIT and NOTARY AFFIDAVIT OF NON-RESPONSE FOR "FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT", In Admiralty for UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION CASE 10-CV-544-ST (Duplicate Original) Page 1 of 3

**NOTICE to AGENTS is NOTICE to PRINCIPALS // NOTICE to PRINCIPALS is NOTICE to AGENTS**

| | |
|---|---|
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE #740<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6083 |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6090 |
| SCOTT ERIK ASPHAUG, OSB #83367<br>ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6090 |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6090 |
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6090 |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6106 |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6113 |
| JUDGE MICHAEL MOSMAN<br>ISLN 902335156<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6120 |
| JUDGE JANICE M. STEWART<br>ISLN 903410340<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6137 |

**AFFIDAVIT OF NOTARY PRESENTMENT**
NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NIHIL DICIT and NOTARY AFFIDAVIT OF NON-RESPONSE FOR "FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT", In Admiralty for UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION CASE 10-CV-544-ST (Duplicate Original) Page 2 of 3

**LIST OF DOCUMENTS FILED/MAILED:**

1. AFFIDAVIT OF NOTARY PRESENTMENT [three (3) pages];
2. NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NIHIL DICIT IN ADMIRALTY [four (4) pages];
3. NOTARY AFFIDAVIT OF NON-RESPONSE for "FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT IN ADMIRALTY" [four (4) pages].

**NOTICE TO THE COURT AND ITS OFFICERS:** All responses are required to be served upon the Libellant and the Notary Acceptor at the location shown and expressly and exactly as shown below. All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response.

Saleem Majid, Notary
For benefit of *Janet Davis Majhor,*
*American, Secured Party Creditor, Libellant,*
*Third Party Plaintiff in Interest*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon 97006

3c USA

LS: ______________________

I am, me,**Janet Davis Majhor**, American, Secured Party Creditor, Libellant, Third Party Plaintiff in Interest

**LEGAL NOTICE: The Certifying Notary and/or Notary Witness is an independent contractor and not a party to this claim.** In fact the Certifying Notary and/or Notary Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

**Oregon State }** ***JURAT***
**} ss.**
**Washington County }**

Subscribed and affirmed by Janet Davis Majhor, personally known to me (or proved to me on the basis of satisfactory evidence) came before me, this 30th day of **August**, **2010**.

Autograph: Anna Marie Gallo Notary (SEAL)
(Blue Ink Only)

Print Notary Name: Anna Marie Gallo

My Commission Expires: November 24, 2013

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

**AFFIDAVIT OF NOTARY PRESENTMENT**
NOTICE OF FINAL DETERMINATION AND JUDGMENT IN NIHIL DICIT and NOTARY AFFIDAVIT OF NON-RESPONSE FOR "FINAL NOTICE OF DEFAULT AND DEMAND FOR PAYMENT", In Admiralty for UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION CASE 10-CV-544-ST (Duplicate Original) Page 3 of 3

# NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

**THIS IS A PRIVATE NOTICE BETWEEN THE PARTIES**

**Comes now Janet Davis Majhor with notice of the following facts:**

1. On or about May 24, 2010 I sent you a counterclaim in Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim In Admiralty into **UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION CASE # 10-CV-544-ST.** This counterclaim was sent by United States Post Office Registered Mail Reciept #s RE 444 406 703 US, RE 444 406 717 US, RE 444 406 717 US, RE 444 406 725 US, RE 444 406 734 US, RE 444 406 748 US, RE 444 406 751 US and was received on or about May 25, 2010 per USPS 3811 return receipt. You did not respond.

2. On or about June 29, 2010 you were sent a First Notice of Fault and Demand for Payment In Admiralty for payment in the amount of **$ 2,576,448,000,000.00** US Dollars (Two Trillion Five Hundred Seventy-six Billion Four Hundred Forty-eight Million and 00/100 US Dollars). This First Notice was sent by USPO First Class/USPS certified mail receipt #s 7010 0290 0001 9961 2333, 7010 0290 0001 9961 2340, 7010 0290 0001 9961 2357, 7010 0290 0001 9961 2364, 7010 0290 0001 9961 2371, 7010 0290 0001 9961 2388 and was received on or about July 1, 2010, per USPS 3811 return receipt. You did not respond.

3. On or about August 5, 2010 a Second Notice of Fault and Demand for Payment In Admiralty was sent. It was sent by USPO First Class/USPS certified mail receipt #s 7010 0290 0001 9961 2418, 7010 0290 0001 9961 2425, 7010 0290 0001 9961 2432, 7010 0290 0001 9961 2449, 7010 0290 0001 9961 2456, 7010 0290 0001 9961 2463. It

was received on or about August 6, 2010, per USPS 3811 return receipt. You did not respond.

4. On or about August 17, 2010, a Final Notice of Default and Demand for Payment In Admiralty was sent by USPO First Class/USPS certified mail receipt #s 7009 3410 0000 9699 6007, 7009 3410 0000 9699 6014, 7009 3410 0000 9699 6021, 7009 3410 0000 9699 6038, 7009 3410 0000 9699 6045, 7009 3410 0000 9699 6052. It was received on or about August 18, 2010, per the USPS 3811 return receipt. You did not respond. **You are now In Default In Admiralty and damages are past due. Penalties and interest are accruing daily as is provided by contract.**

**THIS IS THE FINAL NOTIFICATION AND JUDGMENT. NO OTHER NOTIFICATIONS WILL BE SENT TO YOU. COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801-K, CAFR FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE BUISNESS DAYS IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BE FORTHCOMING. NON RESPONSE IS A SELF EXECUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBERANCES AGAINST ANY AND ALL PROPERTY OF THE LIBELLEES.**

| **LIBELLEES:** | **SENT VIA:** |
|---|---|
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE #740<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6083 |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6090 |
| SCOTT ERIK ASPHAUG, OSB #83367<br>ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class Mail and Certified Mail #<br>7009 3410 0000 9699 6090 |

**NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT, In Admiralty**
(filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST) (Duplicate Original) Page 2 of 4

DWIGHT C. HOLTON, OSB #09054
UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE #600
PORTLAND, OREGON 97204

USPO First Class Mail and Certified Mail #
7009 3410 0000 9699 6090

KENT S. ROBINSON, OSB #09625
ACTING UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE #600
PORTLAND, OREGON 97204

USPO First Class Mail and Certified Mail #
7009 3410 0000 9699 6090

SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVENUE #400
PORTLAND, OREGON 97201

USPO First Class Mail and Certified Mail #
7009 3410 0000 9699 6106

MATTHEW T. JOHNSON
BANK EXAMINER, OCC
250 E STREET SW
WASHINGTON, DC 20219

USPO First Class Mail and Certified Mail #
7009 3410 0000 9699 6113

JUDGE MICHAEL MOSMAN
ISLN 902335156
1615 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE
PORTLAND, OREGON 97204

USPO First Class Mail and Certified Mail #
7009 3410 0000 9699 6120

JUDGE JANICE M. STEWART
ISLN 903410340
1107 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE
PORTLAND, OREGON 97204

USPO First Class Mail and Certified Mail #
7009 3410 0000 9699 6137

**NOTICE: It is mandatory that if Libellee(s) elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's ICC mailing location exactly as shown below:**

> **Janet Davis Majhor**, American, Secured Party Creditor, Libellant, Third Party in Interest, Trustee, Executive Trustee for the Private Contract Trust known as
> **JANET DAVIS MAJHOR**
> c/o **Saleem Majid,** Notary Witness
> **16055 Southwest Walker Road Suite 505**
> **Beaverton, Oregon 97006**

# EXPRESS SPECIFIC RESERVATION OF RIGHTS AND RETAINING ALL IMMUNITIES

I explicitly reserve all my Natural rights and retain all my Natural immunities as an American Secured Party Creditor Third Party Plaintiff in Interest under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.

By: Janet Davis Majhor 3c USA

**By: Janet Davis Majhor, American, Secured Party Creditor, Third Party in Interest, Trustee, Executive Trustee for the Private Contract Trust known as JANET DAVIS MAJHOR**

**Washington County )**
**) ss.**
**Oregon State )**

***JURAT***

The above named Libellant, **Janet Davis Majhor**, Executive Trustee for **JANET DAVIS MAJHOR** appeared before me, a Notary, subscribed, sworn to the truth of this contractual **NOTICE OF FINAL DETERMINATION AND JUDGMMENT IN NIHIL DICIT** for closing of the escrow.

Under oath this 30th day of **August , 2010 .** SEAL

Anna Marie Gallo
Notary (Blue Ink Only)

My Commission expires November 24, 2013

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

**NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT, In Admiralty**
(filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST) (Duplicate Original) Page 4 of 4

# NOTARY AFFIDAVIT OF NON-RESPONSE

**State of** Oregon )
) SA. **Commercial Oath and Verification**
**County of** Washington )

On this 30th day of August, 2010, for the purpose of verification, I, the undersigned Notary Public being a **Certifying Notary Witness** and **Third Party Independent Witness**, and being commissioned in the County of Washington State of Oregon noted above, do certify that I have received no responses from the COURT AND ITS OFFICERS from the Final Notice of Default and Demand for Payment which was notarized and mailed for benefit of Janet Davis Majhor on or about August 17, 2010, sent via USPO First Class Mail and Certified Mail to the Following recipient(s):

**REF: UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON CASE # 10-CV-544-ST**

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

MARY L. MORAN, CLERK OF COURT
1000 SW THIRD AVENUE #740
PORTLAND, OREGON 97204

Re: Certified Mail Number
7009 3410 0000 9699 6007

UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE #600
PORTLAND, OREGON 97204

Re: Certified Mail Number
7009 3410 0000 9699 6014

SCOTT ERIK ASPHAUG, OSB #83367
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE #600
PORTLAND, OREGON 97204

Re: Certified Mail Number
7009 3410 0000 9699 6014

DWIGHT C. HOLTON, OSB #09054
UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE #600
PORTLAND, OREGON 97204

Re: Certified Mail Number
7009 3410 0000 9699 6014

KENT S. ROBINSON, OSB #09625
ACTING UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 SW THIRD AVENUE #600
PORTLAND, OREGON 97204

Re: Certified Mail Number
7009 3410 0000 9699 6014

SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVENUE #400
PORTLAND, OREGON 97201

Re: Certified Mail Number
7009 3410 0000 9699 6021

MATTHEW T. JOHNSON
BANK EXAMINER, OCC
250 E STREET SW
WASHINGTON, DC 20219

Re: Certified Mail Number
7009 3410 0000 9699 6038

JUDGE MICHAEL MOSMAN
1615 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE
PORTLAND, OREGON 97204

Re: Certified Mail Number
7009 3410 0000 9699 6045

JUDGE JANICE M. STEWART
1107 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE
PORTLAND, OREGON 97204

Re: Certified Mail Number
7009 3410 0000 9699 6052

On this 30TH day of AUGUST, **2010**, for the purpose of verification, I am me, and I, Janet-Davis: Majhor, American, Secured Party Creditor, Libellant, Third Party Plaintiff in Interest, do certify that I have received no responses from the COURT AND ITS OFFICERS to my "Final Notice of Default and Demand for Payment" in Admiralty which was filed in the court and sent by USPO First Class Mail and Certified Mail to and received by all the recipients listed above. All Third Party Defendants/Libellees are now In Default In Admiralty. They have exhausted their administrative remedies. The COURT AND ITS OFFICERS do not have my permission to dismiss, strike, alter, change or terminate my Counterclaim in Admiralty filed in Case 10-CV-544-ST. This Default Judgment in Admiralty (Rule 55) Stands First in Line First in Time.

**LS:** Janet Davis Majhor [signature] 3c USA

**Janet Davis Majhor, American, Libellant, Secured Party Creditor, Third Party Plaintiff in Interest**

**NOTARY AFFIDAVIT OF NON RESPONSE**
for "Final Notice of Default and Demand for Payment"
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original Page 2 of 4

## NOTICE TO THE COURT AND ITS OFFICERS:

**All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response:**

**Saleem Majid, Notary**
**For benefit of *Janet Davis Majhor,***
***American, Secured Party Creditor,***
***Libellant, Third Party Plaintiff in Interest***
**16055 Southwest Walker Road Suite 505**
**Beaverton, Oregon 97006**

I, SALEEM MAJID ________________, being a **Certifying Notary Witness** and **Third Party Independent Witness** state under his/her Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and certain that I have not received answers and I have not received answers on behalf of the Libellant to her notices sent via registered and/or certified mail on or about August 17, 2010, 2010; and no registered and/or certified mail has been received by me on her behalf in care of 16055 Southwest Walker Road Suite 505, Beaverton, Oregon 97006, signed under oath or asseveration, and accepts the truth thereof.

**LS:** [signature]
**Certifying Notary Witness, Third Party Independent Witness**

SALEEM MAJID
**Print Name**

*************************************************************************************

**LEGAL NOTICE:**

**The Certifying Notary is an independent contractor and not a party to the claim.** In fact the Certifying Notary s a Federal Witness pursuant to: TITLE 18, PART I, CHAPTER 73, Sec 1512. **(a)** *Tampering with a witness, victim, or an informant.* **(b)** Whoever knowingly uses intimidation of physical force, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to – **(1)** influence, delay, or prevent the testimony of any person in an official proceeding; **(2)** cause or induce any person to – **(A)** withhold testimony, or withhold a record, document, or other object, from an official proceeding; **(B)** alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; © evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or **(D)** be absent from an official proceeding to which such person has

**NOTARY AFFIDAVIT OF NON RESPONSE**
for "Final Notice of Default and Demand for Payment"
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original Page 3 of 4

been summoned by legal process; or (3) hinder, delay, or prevent the communication to a law enforcement officer or judge of the the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be fined under this title or imprisoned not more than ten years, or both. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of The Executive Department.* Intimidating a Notary Public under color of law is a violation of **Title 18, U.S. Code, Section 242, titled, "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This statue makes it a crime for any person acting under the color of law to willfully deprive any individual residing in the United States those rights protected by the Constitution and U.S. Laws. Other related federal statutes include Title 18, U.S. Code, Section 241, "Conspiracy Against Rights"; Title 18, U.S. Code, Section 1512, "Obstruction of Justice"; Title 18, U.S. Code, Section 1001, "False Statements." Federal statutes generally restrict color of law investigations to official actions taken by police officers, federal agents, sheriff's deputies, correctional officers, and other public safety officials. However, off duty officers who assert their official status also may face prosecution. In rare cases, the actions of security guards, private citizens, judges, defense attorneys, and prosecutors who willfully participate with federal, state, or local law enforcement officials in the commission of color of law violations fall within the purview of the federal statutes.**

* Postal Inspectors are federal law enforcement officers with investigative jurisdiction in all criminal matters involving the integrity of the mail and security of the U.S. Postal Service, U.S. Postal Inspection Service, Security Investigations Service Center, 225 N Humphreys Blvd., 4th Floor, Memphis, TN 38161-0001.

********************************************************************************

**State of** **Oregon** )
) **ss.** ***Jurat***
***County of*** ***Washington*** )

Subscribed and affirmed that **Janet Davis Majhor** and **Saleem Majid**, [X] personally known to me, or [X] proved to me on the basis of satisfactory evidence before me, this 30th day of August **2010**.

Autograph: Anna Marie Gallo
Notary (Blue Ink Only)

SEAL

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

My Commission Expires: November 24, 2013

Address: 16055 SW Walker Rd

City, State, Zip: Beaverton, OR 97006

Telephone: 503-617-4592

**NOTARY AFFIDAVIT OF NON RESPONSE**
for "Final Notice of Default and Demand for Payment"
REF: UNITED STATES DISTRICT COURT DISTRICT OF OREGON CASE # 10-CV-544-ST
Duplicate Original Page 4 of 4