FILED' 10 AUG 30 12:38 USDC-ORP

# AFFIDAVIT OF NOTARY PRESENTMENT

<u>Oregon state</u> )
) ss. **Commercial Oath and Verification**
<u>Washington county</u> ) **USDC District of Oregon Case 10-CV-544-ST**

On this 30th day of __August__, __2010__, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that **Janet Davis Majhor**, appeared before me with the following documents listed below being sent by Registered Mail to the following THIRD PARTY DEFENDANTS:

**NOTICE to AGENTS is NOTICE to PRINCIPALS // NOTICE to PRINCIPALS is NOTICE to AGENTS**

JUDGE ANNA J. BROWN                USPO Registered Mail
ISLN 908762178                     RE 444 406 805 US
1000 SW THIRD AVENUE
PORTLAND, OREGON 97204

**LIST OF DOCUMENTS FILED/MAILED:**
1. AFFIDAVIT OF NOTARY PRESENTMENT [two (2) pages];
2. TRUE COPY OF "ANSWER in AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM IN ADMIRALTY" [seven (7) pages].

LS: _Janet Davis Majhor_
I am, me, **Janet-Davis: Majhor**, American, Secured Party,
Creditor, Third Party Plaintiff in Interest

---

**Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim In Admiralty for JUDGE ANNA J. BROWN**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)   Page 1 of 2

421829482
AUGUST 30, 2010

3c USA

**LEGAL NOTICE:** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

**Oregon State          }**          ***JURAT***
                       **} ss.**
**Washington County    }**

Subscribed and affirmed by <u>Janet Davis Majhor</u>, personally known to me (or proved to me on the basis of satisfactory evidence) came before me, this __30th__ day of **August, 2010.**

Notary Autograph: _Anna M Gallo_ _____ (SEAL)
(Blue Ink Only)

Print Notary Name: __Anna Marie Gallo__

My Commission Expires: __November 24, 2013__

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

---

**Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim In Admiralty for JUDGE ANNA J. BROWN**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)  Page 2 of 2

421829482
AUGUST 30, 2010

3c US



4218274782
AUGUST 30, 2010
.3c USA

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| **United States of America** <br> *Plaintiff* <br><br> v. <br><br> **JANET DAVIS MAJHOR** <br> aka Janet Davis Majhor, and <br> **Janet-Davis: Majhor** <br> *Defendant* | Civil Action No. 10-CV-544-ST <br><br> ANSWER <br> **IN** <br><br> AFFIDAVIT OF SPECIFIC <br> NEGATIVE AVERMENT, <br> OPPORTUNITY TO CURE, <br> AND COUNTERCLAIM |

| | |
|---|---|
| Janet Davis Majhor <br> , Third Party Plaintiff <br><br> v. <br><br> JUDGE ANNA J. BROWN <br> ISLN 908762178 <br> 1000 SW THIRD AVENUE <br> PORTLAND, OREGON 97204 <br><br> , Third Party Defendants <br> , Severally and Individually, All | COUNTERCLAIM IN ADMIRALTY <br><br> Affidavit of Specific Negative Averment <br> Opportunity to Cure, and Counterclaim <br><br> Notice to Agent is Notice to Principal <br> Notice to Principal is Notice to Agent <br><br> USPO Registered Mail <br> RE 444 406 805 US |

**Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim In Admiralty for JUDGE ANNA J. BROWN**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)  Page 1 of 7

421829482
AUGUST 30, 2010

[signature]

3c

**NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.**

## AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM

Comes now Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the officers of this court do the same. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

AS TO COUNT 1: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, Secured Party Creditor, a Natural woman, created by God am NOT the same as the Fictitious Entity, all capital letter named, JANET DAVIS MAJHOR that was created by the State. I do not give any consent, in any capacity, to this court to place upon me any responsibility for this all capital letter name Fictitious Entity that was created by the state. Simply put I am not the same and I believe that there is no proof to the contrary. I have no contract with you and do not consent to any contract with you and waive all benefit privileges. If you presume that I have a contract with you I rebut any presumption of any contract that you may presume that I have with you. This is proofed by documents that are on file with the WASHINGTON Secretary of State, the public records of this County, records of this Court, US Department of Treasury, Internal Revenue Service, U.S. Department of Commerce, U.S. Department of Justice, and others. If the Third Party Defendants have any lawfully documented proof to the contrary let them come forth now On and For the official Record and let the District Attorney certify their proof, under their unlimited commercial liability, while under oath, and under penalties of the law including Perjury. Failure to continue this action without proof of your claim is Abuse of Process, Dishonor in Commerce, Abuse of Power, Extortion, Coercion, Obstruction of Justice, Denial of Due Process, etc. I believe there is no proof to the contrary.

AS TO COUNT 2: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand proof of your claim to deny me my Fifth Amendment

---

Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim In Admiralty for JUDGE ANNA J. BROWN
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)   Page 2 of 7

421829482
AUGUST 30, 2010

rights to Due Process by your restraining orders to disrupt lawful commerce on this land. This is Abuse of Power, Conspiracy, Collusion, Racketeering, Denial of Due Process, Extortion, Obstruction of Justice, and Dishonor in commerce, etc. I believe there is no proof to the contrary.

AS TO COUNT 3: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand proof of the Nature and Cause of this action being taken. I demand you bring forth all the injured parties as required by real law and they shall provide proof of their claim(s). Failure to do so is a violation of my rights, Lack of Due Process, Abuse of Power, Conspiracy, Fraud, Racketeering, False Imprisonment,Trespass, etc., and I believe there is no proof to the contrary.

AS TO COUNT 4: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand you bring proof of your claim of Mail Fraud. Bring forth the United States Post Office and the Universal Postal Union to prove how they have been damaged. This must be based in real law, not the "color of law." Failure to provide proof is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, etc., and I believe that there is no proof to the contrary.

AS TO COUNT 5: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand you bring proof of your claim of Bank Fraud. This must be based in real law, not the "color of law." Failure to provide proof is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, etc., and I believe that there is no proof to the contrary.

AS TO COUNT 6: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand you bring proof of your claim of Wire Fraud. This must be based in real law, not the "color of law." Failure to provide proof is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, etc., and I believe that there is no proof to the contrary.

AS TO COUNT 7: I Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest, demand you bring proof of your claim of Fictitious Obligations.

---

**Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim In Admiralty for JUDGE ANNA J. BROWN**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)   Page 3 of 7

421829482
AuGuST 30, 2010

3c USA

This must be based in real law, not the "color of law." Failure to provide proof is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, etc., and I believe that there is no proof to the contrary.

## OPPORTUNITY TO CURE

The Third Party Defendants have 21 calendar days to cure their Dishonor by the Following:

1. Dismiss any and all claims against the Third Party Plaintiff, with prejudice and pay the Third Party Plaintiff $5,000,000.000 (Five Million US Dollars). OR,

2. Pay all damages as indicated by the counterclaim contained herein with Real Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, CAFR Funds, 801K funds, personal properties, land, real estate, etc. as needed to satisfy counterclaim herein, ...OR,

3. Prove your claims against me, and disprove my claims, by providing me with lawfully documented proof that is certified by the States Attorney, in his unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This proof must prove your case by preponderance, or the greater weight of proof and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented proof, as provided herein, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented proof as outlined herein will be Default. If the Third Party Defendants fail to respond as outlined herein, within 21 calendar days, will be in Default. Default will be a Self Executing Confession of Judgment on behalf of the third party defendants, and complete agreement with all the statements in this claim. This is a contract in Admiralty.

---
**Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim In Admiralty for JUDGE ANNA J. BROWN**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)   Page 4 of 7

421829482
AUGUST 30, 2010

## COUNTERCLAIM

**THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:**

1. Failure to state a claim upon which relief can be granted. $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, Per count, per violation, per occurrence.

2. Failure to respond as outlined herein. $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

3. Default by non response or incomplete response $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

4. Dishonor In Commerce - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

5. Obstruction of Justice - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

6. Abuse of Authority - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

7. Denial of Due Process - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

8. Extortion - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

9. Unlawful Arrest - $10, 000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

10. Trespass - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

11. Conspiracy to Defraud - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

---

**Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim In Admiralty for JUDGE ANNA J. BROWN**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)   Page 5 of 7

421829482
AUGUST 30, 2010

3c USA

12. Racketeering - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

13. False Imprisonment - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

14. Abuse of Power - $10,000,000.00 (Ten Million Us Dollars) per Third Party Defendant, per count, per violation, per occurrence.

15. Abuse of Process - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.

16. Coercion - $10,000,000.00 (Ten Million US Dollars) per Third Party Defendant, per count, per violations, per occurrence.

17. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $10,000,000.00 (Ten Million US Dollars), per day, and interest of 1.5 % per month compounded daily for the first (30)

Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $25,000,000.00 (Twenty Five Million Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, including interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $50,000,000.00 (Fifty Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.

18. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds, these funds will only be accepted at Par Value as indicated above.

19.   Punitive damages will be assessed as seven (7) times the original amount of damages. Punitive damages will be added to the original amount of damages.

---

**Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim In Admiralty for JUDGE ANNA J. BROWN**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)   Page 6 of 7

42182942
AUGUST 30 2010
3c USA

**NOTICE:** All communications must be written and sent to the Notary Presenter (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response to this Counterclaim and result in a default judgment:

Saleem Majid, Notary
For benefit of *Janet Davis Majhor,*
 *American, Secured Party Creditor,*
 *Third Party Plaintiff in Interest*
16055 Southwest Walker Road Suite 505
Beaverton, Oregon  97006

Date: AUGUST 30, 2010

_____
Janet Davis Majhor, American, Secured Party Creditor, Third Party Plaintiff in Interest

Oregon  State       )        JURAT

Washington  County  )

On the 30th day of August, 2010 A.D., the above signed Secured Party Creditor personally appeared before me with this Administrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, and proved to me on the basis of satisfactory proof and identification to be the man or woman whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his/ her authorized capacity, and that by his/ her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

_____
Notary Signature

Anna Marie Gallo
Notary name PRINTED

Beaverton, OR
Notary City and State

November 24, 2013
MY commission expires

Seal/Stamp

OFFICIAL SEAL
ANNA MARIE GALLO
NOTARY PUBLIC-OREGON
COMMISSION NO. 444566
MY COMMISSION EXPIRES NOVEMBER 24, 2013

---

**Affidavit of Specific Negative Averment, Opportunity to Cure,
and Counterclaim In Admiralty for JUDGE ANNA J. BROWN**
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON
PORTLAND DIVISION CASE 10-CV-544-ST and
sent via **USPO Registered Mail RE 444 406 805 US**
(Duplicate Original)  Page 7 of 7

421829482
AUGUST 30, 2010