FILED '10 AUG 30 12:33 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon
Portland Division

**Civil Action No. 10-CV-544-ST**

## PROOF OF SERVICE

**In Admiralty**

---

**Reference:** "Final Notice of Fault and Demand for Payment" sent via USPO First Class Mail/Certified Mail to all Third Party Defendants, Libellees on or about August 17, 2010.

---

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

---

PROOF OF SERVICE
for "Final Notice of Default and Demand for Settlement"
for Default to Counterclaim In Admiralty
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION
CASE 10-CV-544-ST   Duplicate Original   Page 1 of 3

**Janet Davis Majhor**
    , Third Party Plaintiff,
    , American, Libellant,
    , Secured Party Creditor

v.

| | |
|---|---|
| | Notice to Agent is Notice to Principal<br>Notice to Principal is Notice to Agent |
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE #740<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7009 3410 0000 9699 6007 |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7009 3410 0000 9699 6014 |
| SCOTT ERIK ASPHAUG, OSB #83367<br>ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7009 3410 0000 9699 6014 |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7009 3410 0000 9699 6014 |
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7009 3410 0000 9699 6014 |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | USPO First Class and Certified Mail #<br>7009 3410 0000 9699 6021 |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | USPO First Class and Certified Mail #<br>7009 3410 0000 9699 6038 |
| JUDGE MICHAEL MOSSMAN<br>ISLN 902335156<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7009 3410 0000 9699 6045 |

---

**PROOF OF SERVICE**
for "Final Notice of Default and Demand for Settlement"
for Default to Counterclaim In Admiralty
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION
CASE 10-CV-544-ST   Duplicate Original   Page 2 of 3

JUDGE JANICE M. STEWART  
ISLN 903410340  
1000 SW THIRD AVENUE  
PORTLAND, OREGON 97204

USPO First Class and Certified Mail #  
7009 3410 0000 9699 6052

, Third Party Defendants, Libellees  
, Severally and Individually, All

# PROOF OF SERVICE

### LIST OF DOCUMENTS FILED/MAILED:

1. PROOF OF SERVICE [three (3) pages];

2. True Copies – USPS Track & Confirm, PS Form 3811 (known as Return Receipt "Green Cards"), PS Form 3800 Certified Mail Receipts and Sales Receipts for:  
7009 3410 0000 9699 6007; 7009 3410 0000 9699 6014; 7009 3410 0000 9699 6021; 7009 3410 0000 9699 6038; 7009 3410 0000 9699 6045; 7009 3410 0000 9699 6052, [fifteen (15) pages].

**NOTICE TO THE COURT AND ITS OFFICERS:** All Third Party Defendants/Libellees are subject to postal statutes and the jurisdiction of the Universal Postal Union. All Third Party Defendants/Libellees carry the full implications and obligations in relation to the Law of Nations, International Agreements and Assurances and under the United Nations Convention on International Bills of Exchange and International Promissory Notes (UNCITRAL).

**NOTICE TO THE COURT AND ITS OFFICERS:** All responses are required to be served upon the Libellant and the Notary Acceptor at the location shown and expressly and exactly as shown below. All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response.

Saleem Majid, Notary  
For benefit of *Janet Davis Majhor,*  
*American, Secured Party Creditor, Libellant,*  
*Third Party Plaintiff in Interest*  
16055 Southwest Walker Road Suite 505  
Beaverton, Oregon 97006

Respectfully Submitted  
on **August 30, 2010.**

Signature: _____  
**Janet Davis Majhor**, American, Secured Party Creditor, Libellant, Third Party Plaintiff in Interest, One of the **people** of the united States of America

---

PROOF OF SERVICE  
for "Final Notice of Default and Demand for Settlement"  
for Default to Counterclaim In Admiralty  
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION  
CASE 10-CV-544-ST   Duplicate Original   Page 3 of 3

```
The UPS Store - #3133
16055 SW Walker Rd
Beaverton, OR 97006
(503) 617-4592

08/17/10  12:55 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.


001 000007 (022)           TO $   0.00
    First Class Letter
    Reg Unit Price   $    1.32
    Other       ($1.32)$  1.32-
003 500706 (022)           TO $   8.70
    Certified / Return

                SubTotal  $   8.70
                Total     $   8.70

                Cash      $   9.00
                Change    $   0.30-

Receipt ID 82939962252011888851 002 Items
CSH: Anna         Tran: 2466 Reg: 002

    Thank you for visiting our store.
      Please come back again soon.

   Whatever your business and personal
    needs, we are here to serve you.

US Postal Rates Are Subject to Surcharge

        ENTER FOR A CHANCE TO
             WIN $1000

       We value your feedback
   To enter please complete the customer
      satisfaction survey located at:
```



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

FINAL NOTICE

Sent To: MARY L MORAN CLERK OF COURT
Street, Apt. No. or PO Box No.: 1000 SW THIRD AVE #740
City, State, ZIP: PORTLAND, OR 97204

PS Form 3800, August 2006

7009 3410 0000 9699 6007

FINAL NOTICE 10-cv-544ST

```
        The UPS Store - #3133
          16055 SW Walker Rd
          Beaverton, OR 97006
            (503) 617-4592

          08/17/10  01:02 PM

     We are the one stop for all your
   shipping, postal and business needs.

     We offer all the services you need
       to keep your business going.


001 000007 (022)            TO $   0.00
    First Class Letter
    Reg Unit Price    $    1.32
    Other       ($1.32)$   1.32-
003 500706 (022)            TO $   8.70
    Certified / Return

                   SubTotal  $    8.70
                   Total     $    8.70

                   Cash      $    9.00
                   Change    $    0.30-


Receipt ID 829399982252014888850 002 Items
CSH: Anna              Tran: 2467 Reg: 002

      Thank you for visiting our store.
        Please come back again soon.

      Whatever your business and personal
       needs, we are here to serve you.

   US Postal Rates Are Subject to Surcharge

            ENTER FOR A CHANCE TO
                WIN $1000

           We value your feedback
    To enter please complete the customer
        satisfaction survey located at:
```



```
          The UPS Store - #3133
           16055 SW Walker Rd
           Beaverton, OR 97006
             (503) 617-4592

           08/17/10  01:03 PM

    We are the one stop for all your
    shipping, postal and business needs.

    We offer all the services you need
      to keep your business going.


    001 000007 (022)         TO $   0.00
        First Class Letter
        Reg Unit Price   $   1.32
        Other       ($1.32)$ 1.32-
    003 500706 (022)         TO $   8.70
        Certified / Return

                      SubTotal  $   8.70
                      Total     $   8.70

                      Cash      $  10.00
                      Change    $   1.30-

    Receipt ID 82939982252015888858  002 Items
    CSH: Anna             Tran: 2469 Reg: 002

       Thank you for visiting our store.
        Please come back again soon.

      Whatever your business and personal
         needs, we are here to serve you.

    US Postal Rates Are Subject to Surcharge

             ENTER FOR A CHANCE TO
                 WIN $1000

           We value your feedback
    To enter please complete the customer
       satisfaction survey located at:

           www.theupsstore.com/survey
```



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

FINAL NOTICE

Sent To: SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVE #400
PORTLAND, OR 97201

PS Form 3800, August 2006

Article Number: 7009 3410 0000 9699 6021

1. Article Addressed to:
SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
1500 SW FIRST AVE #400
PORTLAND, OR 97201

3. Service Type: ☒ Certified Mail
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FINAL NOTICE 10-CV-544-ST

B. Received by (Printed Name): D. Smolen
C. Date of Delivery: 8-19-10
A. Signature: X ☒ Agent ☐ Addressee

```
The UPS Store - #3133
    16055 SW Walker Rd
    Beaverton, OR 97006
       (503) 617-4592

       08/17/10  01:05 PM

  We are the one stop for all your
 shipping, postal and business needs.

   We offer all the services you need
      to keep your business going.
```



```
001 000007 (022)        TO $    0.00
    First Class Letter
    Reg Unit Price  $   1.32
    Other      ($1.32)$ 1.32-
003 500706 (022)        TO $    8.70
    Certified / Return

                 SubTotal $     8.70
                    Total $     8.70

                     Cash $     8.75
                   Change $     0.05-


Receipt ID 829399822520488888855 002 Items
CSH: Anna           Tran: 2470 Reg: 002

     Thank you for visiting our store.
        Please come back again soon.

    Whatever your business and personal
     needs, we are here to serve you.

  US Postal Rates Are Subject to Surcharge

            ENTER FOR A CHANCE TO
                 WIN $1000

         We value your feedback
   To enter please complete the customer
    satisfaction survey located at:
```

```
The UPS Store - #3133
16055 SW Walker Rd
Beaverton, OR 97006
(503) 617-4592

08/17/10  01:07 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.


001 000007 (022)         TO  $    0.00
    First Class Letter
    Reg Unit Price  $   1.32
    Other     ($1.32)$   1.32-
003 500706 (022)         TO  $    8.70
    Certified / Return

               SubTotal  $    8.70
               Total     $    8.70

               Cash      $   20.00
               Change    $   11.30-

Receipt ID 82939982252043888854 002 Items
CSH: Anna              Tran: 2471 Reg: 002

        Thank you for visiting our store.
          Please come back again soon.

       Whatever your business and personal
         needs, we are here to serve you.

    US Postal Rates Are Subject to Surcharge

              ENTER FOR A CHANCE TO
                    WIN $1000

              We value your feedback
        To enter please complete the customer
          satisfaction survey located at:
```



U.S. Postal Service  
CERTIFIED MAIL RECEIPT  
(Domestic Mail Only; No Insurance Coverage Provided)

FINAL NOTICE

Sent To: JUDGE MICHAEL MOSMAN  
ISLN 902335156  
1000 SW THIRD AVENUE  
PORTLAND, OR 97204

```
        The UPS Store - #3133
          16055 SW Walker Rd
          Beaverton, OR 97006
            (503) 617-4592

         08/17/10  01:09 PM

      We are the one stop for all your
     shipping, postal and business needs.

      We offer all the services you need
        to keep your business going.
```

001 000007 (022)              TO $   0.00
    First Class Letter
    Reg Unit Price     $    1.32
    Other      ($1.32)$     1.32-
003 500706 (022)              TO $   8.70
    Certified / Return

                    Subtotal  $   8.70
                       Total  $   8.70

                        Cash  $  10.00
                      Change  $   1.30-

Receipt ID 82939982252042888853-002 Items
CSH: Anna           Tran: 2472 Reg: 002

        Thank you for visiting our store.
         Please come back again soon.

       Whatever your business and personal
         needs, we are here to serve you.

     US Postal Rates Are Subject to Surcharge

              ENTER FOR A CHANCE TO
                  WIN $1000

             We value your feedback
       To enter please complete the customer
         satisfaction survey located at:







# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6007**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:10 am on August 18, 2010 in PORTLAND, OR 97207.

Track & Confir

Enter Label/Re

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA






# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6014**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 1:25 pm on August 18, 2010 in PORTLAND, OR 97204.

**Track & Confir**
Enter Label/Rec

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

| Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use |

**Copyright© 2010 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA



# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6021**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:05 am on August 18, 2010 in PORTLAND, OR 97207.

**Track & Confir**

Enter Label/Re

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use

Copyright© 2010 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA



**UNITED STATES POSTAL SERVICE®**                                                    Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6038**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 6:45 am on August 23, 2010 in WASHINGTON, DC 20219.

**Track & Confirm**
Enter Label/Receipt Number.

[  ]   ( Go > )

Detailed Results:
- **Delivered, August 23, 2010, 6:45 am, WASHINGTON, DC 20219**
- **Notice Left, August 22, 2010, 10:59 am, WASHINGTON, DC 20219**
- **Arrival at Unit, August 22, 2010, 10:04 am, WASHINGTON, DC 20022**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6045**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:10 am on August 18, 2010 in PORTLAND, OR 97207.

Track & Confir
Enter Label/Re

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

| Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use |

**Copyright© 2010 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA      

1 of 1                                                                                                                                  8/19/2010 7:12 PM





Tra

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6052**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:10 am on August 18, 2010 in PORTLAND, OR 97207.

Track & Confir

Enter Label/Re

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

| Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use |

**Copyright© 2010 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA