

FILED'10 SEP 30 15:04USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Portland Division

**Civil Action No. 10-CV-544-ST**

**PROOF OF SERVICE**

**In Admiralty**

---

**Reference:** "Notice of Final Determination and Judgment in Nihil Dicit" sent via USPO First Class Mail/Certified Mail to all Third Party Defendants, Libellees on or about August 30, 2010.

---

**NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.**

---

**PROOF OF SERVICE**
for "Notice of Final Determination and Judgment in Nihil Dicit"
for Default to Counterclaim In Admiralty
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION
CASE 10-CV-544-ST    Duplicate Original    Page 1 of 3

Janet Davis Majhor
, Third Party Plaintiff,
, American, Libellant,
, Secured Party Creditor

v.

| | |
|---|---|
| | Notice to Agent is Notice to Principal<br>Notice to Principal is Notice to Agent |
| MARY L. MORAN, CLERK OF COURT<br>1000 SW THIRD AVENUE #740<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7008 1140 0002 8788 6538 |
| UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7008 1140 0002 8788 6545 |
| SCOTT ERIK ASPHAUG, OSB #83367<br>ASSISTANT UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7008 1140 0002 8788 6545 |
| DWIGHT C. HOLTON, OSB #09054<br>UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7008 1140 0002 8788 6545 |
| KENT S. ROBINSON, OSB #09625<br>ACTING UNITED STATES ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>1000 SW THIRD AVENUE #600<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7008 1140 0002 8788 6545 |
| SEAN J. HAMBLET<br>FEDERAL BUREAU OF INVESTIGATION<br>1500 SW FIRST AVENUE #400<br>PORTLAND, OREGON 97201 | USPO First Class and Certified Mail #<br>7008 1140 0002 8788 6552 |
| MATTHEW T. JOHNSON<br>BANK EXAMINER, OCC<br>250 E STREET SW<br>WASHINGTON, DC 20219 | USPO First Class and Certified Mail #<br>7008 1140 0002 8788 6569 |
| JUDGE MICHAEL MOSSMAN<br>ISLN 902335156<br>1000 SW THIRD AVENUE<br>PORTLAND, OREGON 97204 | USPO First Class and Certified Mail #<br>7008 1140 0002 8788 6576 |

**PROOF OF SERVICE**
for "Notice of Final Determination and Judgment in Nihil Dicit"
for Default to Counterclaim In Admiralty
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION
CASE 10-CV-544-ST   Duplicate Original   Page 2 of 3

JUDGE JANICE M. STEWART  
ISLN 903410340  
1000 SW THIRD AVENUE  
PORTLAND, OREGON 97204  

USPO First Class and Certified Mail #  
7008 1140 0002 8788 6583  

, Third Party Defendants, Libellees  
, Severally and Individually, All  

# PROOF OF SERVICE

**LIST OF DOCUMENTS FILED/MAILED:**

1. PROOF OF SERVICE [three (3) pages];

2. True Copies – USPS Track & Confirm, PS Form 3811 (known as Return Receipt "Green Cards"), PS Form 3800 Certified Mail Receipts and Sales Receipts for:  
   7009 3410 0000 9699 6083;  7009 3410 0000 9699 6090;  7009 3410 0000 9699 6106;  
   7009 3410 0000 9699 6113;  7009 3410 0000 9699 6120;  7009 3410 0000 9699 6137,  
   [two (12) pages].

**NOTICE TO THE COURT AND ITS OFFICERS:** All Third Party Defendants/Libellees are subject to <u>postal statutes</u> and the jurisdiction of the Universal Postal Union. All Third Party Defendants/Libellees carry the full implications and obligations in relation to the Law of Nations, International Agreements and Assurances and under the United Nations Convention on International Bills of Exchange and International Promissory Notes (UNCITRAL).

**NOTICE TO THE COURT AND ITS OFFICERS:** All responses are required to be served upon the Libellant and the Notary Acceptor at the location shown and expressly and exactly as shown below. All communications must be written and sent to the Notary (who is not a party to this claim). Any communications sent to any other address other than the one provided below will be considered a non-response.

Saleem Majid, Notary  
For benefit of *Janet Davis Majhor,*  
*American, Secured Party Creditor, Libellant,*  
*Third Party Plaintiff in Interest*  
16055 Southwest Walker Road Suite 505  
Beaverton, Oregon 97006  

Respectfully Submitted  
on **September 30, 2010**.  

Signature: _____  
**Janet Davis Majhor,** American, Secured Party Creditor, Libellant, Third Party Plaintiff in Interest, One of the **people** of the united States of America  

---

**PROOF OF SERVICE**  
for "Notice of Final Determination and Judgment in Nihil Dicit"  
for Default to Counterclaim In Admiralty  
filed in UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION  
CASE 10-CV-544-ST   Duplicate Original   Page 3 of 3



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6083**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:07 am on August 31, 2010 in PORTLAND, OR 97207.

**Track & Confirm**
Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6090**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 1:06 pm on August 31, 2010 in PORTLAND, OR 97204.

**Track & Confirm**
Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

| Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway |

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6106**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 8:15 am on September 01, 2010 in PORTLAND, OR 97207.



Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

USPS - Track & Confirm                                                                 http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6113**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 6:49 am on September 03, 2010 in WASHINGTON, DC 20219.

**Track & Confirm**
Enter Label/Receipt Number.



Detailed Results:
- **Delivered, September 03, 2010, 6:49 am, WASHINGTON, DC 20219**
- **Arrival at Unit, September 03, 2010, 6:08 am, WASHINGTON, DC 20022**

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go>)

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6120**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:07 am on August 31, 2010 in PORTLAND, OR 97207.

**Track & Confirm**
Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go>)

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 3410 0000 9699 6137**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 10:07 am on August 31, 2010 in PORTLAND, OR 97207.

**Track & Confirm**
Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

```
       The UPS Store - #3133    Moran
        16055 SW Walker Rd
        Beaverton, OR 97006
           (503) 617-4592

         08/30/10  01:16 PM

   We are the one stop for all your
   shipping, postal and business needs.

   We offer all the services you need
      to keep your business going.


   001 000007 (022)           TO $   0.00
       First Class Letter
       Reg Unit Price    $   1.32
       Other     ($1.32)$    1.32-
   003 500706 (022)           TO $   8.70
       Certified / Return

                     SubTotal $   8.70
                        Total $   8.70

                         Cash $  20.00
                       Change $  11.30-

   Receipt ID 829399820293838888853 002 Items
   CSH: Anna        Tran: 3101 Reg: 002

       Thank you for visiting our store.
         Please come back again soon.

     Whatever your business and personal
       needs, we are here to serve you.

   US Postal Rates Are Subject to Surcharge

           ENTER FOR A CHANCE TO
                WIN $1000

          We value your feedback
     To enter please complete the customer
      satisfaction survey located at:

          www.theupsstore.com/survey
```



```
        The UPS Store - #3133
         16055 SW Walker Rd
          Beaverton, OR 97006
           (503) 617-4592

         08/30/10  01:18 PM

     We are the one stop for all your
     shipping, postal and business needs.

     We offer all the services you need
         to keep your business going.


001 000007 (022)           TO $    0.00
    First Class Letter
    Reg Unit Price    $    1.32
    Other        ($1.32)$  1.32-
003 500706 (022)           TO $    8.70
    Certified / Return

                    SubTotal  $   8.70
                       Total  $   8.70

                        Cash  $  10.75
                      Change  $   2.05-


Receipt ID 82939982029382888852 002 Items
CSH: Anna              Tran: 3102 Reg: 002

       Thank you for visiting our store.
          Please come back again soon.

       Whatever your business and personal
          needs, we are here to serve you.

     US Postal Rates Are Subject to Surcharge

              ENTER FOR A CHANCE TO
                   WIN $1000

              We value your feedback
       To enter please complete the customer
        satisfaction survey located at:

            www.theupsstore.com/survey
```

USATTY GEN ALL



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $  AUG 30 10  3836037
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Sent To: UNITED STATES ATTORNEY'S OFFICE
         SCOTT ERIK ASPHAUG, OSB #83367
         DWIGHT C. HOLTON, OSB # 09054
Street, Apt. No.: KENT S. ROBINSON, OSB #09625
or PO Box No.: 1000 SW THIRD AVE #600
City, State, ZIP+4: PORTLAND, OR 97204

PS Form 3800

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
UNITED STATES ATTORNEY'S OFFICE
SCOTT ERIK ASPHAUG, OSB #83367
DWIGHT C. HOLTON, OSB # 09054
KENT S. ROBINSON, OSB #09625
1000 SW THIRD AVE #600
PORTLAND, OR 97204

2. Article Number (Transfer from service label): 7009 3410 0000 9699 6090

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

COMPLETE THIS SECTION ON DELIVERY
A. Signature: [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Lauren Cassell
C. Date of Delivery: 8/31/10
D. Is delivery address different from item 1? ☐ Yes  ☐ No

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

NHIL DIST 10-cv-544 ST

7009 3410 0000 9699 6090

```
                                    HAMBLET
                                     FBI
          The UPS Store - #3133
          16055 SW Walker Rd
           Beaverton, OR 97006
             (503) 617-4592

          08/30/10   01:18 PM

     We are the one stop for all your
     shipping, postal and business needs.

      We offer all the services you need
        to keep your business going.


     ||||||||||||||||||||||||||||||||||||

     001 000007 (022)         TO $   0.00
         First Class Letter
         Reg Unit Price    $   1.32
         Other        ($1.32)$  1.32-
     003 500706 (022)         TO $   8.70
         Certified / Return

                    SubTotal $   8.70
                       Total $   8.70

                        Cash $   8.75
                      Change $   0.05-

     Receipt ID 829399820293898888851  002 Items
     CSH: Anna            Tran: 3103 Reg: 002

       Thank you for visiting our store.
         Please come back again soon.

       Whatever your business and personal
        needs, we are here to serve you.

     US Postal Rates Are Subject to Surcharge

             ENTER FOR A CHANCE TO
                   WIN $1000

          We value your feedback
     To enter please complete the customer
         satisfaction survey located at:

           www.theupsstore.com/survey
```



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: SEAN J. HAMBLET
FEDERAL BUREAU OF INVESTIGATION
Street, Apt. No. or PO Box No.: 1500 SW FIRST AVE #400
City, State, ZIP: PORTLAND, OR 97201

Article Number: 7009 3410 0000 9699 6106



```
The UPS Store - #3133
16055 SW Walker Rd
Beaverton, OR 97006
(503) 617-4592

08/30/10  01:19 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

001 000007 (022)           TO $   0.00
    First Class Letter
    Reg Unit Price    $    1.32
    Other      ($1.32)$    1.32-
003 500706 (022)           TO $   8.70
    Certified / Return

                SubTotal $  8.70
                Total    $  8.70

                Cash     $ 21.00
                Change   $ 12.30-

Receipt ID 82939982029380888850  002 Items
CSH: Anna           Tran: 3104 Reg: 002

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

US Postal Rates Are Subject to Surcharge

       ENTER FOR A CHANCE TO
             WIN $1000

       We value your feedback
To enter please complete the customer
   satisfaction survey located at:

       www.theupsstore.com/survey
```

Johnson OCC Treasury

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: MATTHEW T. JOHNSON
         BANK EXAMINER, OCC
Street, Apt. No. 250 E STREET SW
or PO Box No.
City, State, ZIP: WASHINGTON, DC  20219

7009 3410 0000 9699 6113

PS Form 3800

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   MATTHEW T. JOHNSON
   BANK EXAMINER, OCC
   250 E STREET SW
   WASHINGTON, DC  20219

2. Article Number (Transfer from service label)
   7009 3410 0000 9699 6113

PS Form 3811, February 2004   Domestic Return Receipt

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

COMPLETE THIS SECTION ON DELIVERY
A. Signature  X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  T. Jones
C. Date of Delivery  9/3/10
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

10-CV-544-ST

```
The UPS Store - #3133
   16055 SW Walker Rd
    Beaverton, OR 97006
      (503) 617-4592

   08/30/10   01:20 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
   to keep your business going.


001 000007 (022)          TO $   0.00
    First Class Letter
    Reg Unit Price    $   1.32
    Other       ($1.32)$   1.32-
003 500706 (022)          TO $    ¢
    Certified / Return

             SubTotal  $   8.70
             Total     $   8.70

             Cash      $   8.70

Receipt ID 829399820293878888859 002 Items
CSH: Anna          Tran: 3105 Reg: 002

     Thank you for visiting our store.
        Please come back again soon.

    Whatever your business and personal
      needs, we are here to serve you.

   US Postal Rates Are Subject to Surcharge

           ENTER FOR A CHANCE TO
               WIN $1000

         We value your feedback
     To enter please complete the customer
        satisfaction survey located at:

           www.theupsstore.com/survey
```



```
The UPS Store - #3133
16055 SW Walker Rd
Beaverton, OR 97006
(503) 617-4592

08/30/10  01:21 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.


001 000007 (022)        TO $   0.00
    First Class Letter
    Reg Unit Price  $   1.32
    Other     ($1.32)$  1.32-
003 500706 (022)        TO $   8.70
    Certified / Return

                  SubTotal $   8.70
                     Total $   8.70

                      Cash $   9.00
                    Change $   0.30-


Receipt ID 829399820293818888858 002 Items
CSH: Anna           Tran: 3106 Reg: 002

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

US Postal Rates Are Subject to Surcharge

     ENTER FOR A CHANCE TO
          WIN $1000

     We value your feedback
To enter please complete the customer
 satisfaction survey located at:

     www.theupsstore.com/survey
```

