
# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　plaintiff,<br>v.<br>JANET DAVIS MAJHOR,<br>　　　　alleged defendant. | Civil Case No: 10-CV-544-MO<br><br>MOTION FOR TRIAL BY JURY |

### LR 7.1 CERTIFICATE OF CONFERRAL

I, Janet Davis Majhor, certify that several attempts were made in good faith by telephone call to plaintiff, Scott Erik Asphaug, in order resolve the dispute before this court. The opposing party was unavailable and appears to have willingly refused to confer.

### MOTION FOR TRIAL BY JURY

I, Janet Davis Majhor, under threat, duress and coercion, by special appearance and not appearing generally, only to protect alleged defendant's rights and interests, motions the court to grant a Trial by Jury.

　　SINCE, the alleged defendant's Fifth Amendment rights to an Indictment by a Grand Jury have surreptitiously been abolished;

　　SINCE, this court is seeking to impose double jeopardy;

　　SINCE, this court is charging alleged defendant with 'infamous crimes' the alleged defendant moves for a Trial by Jury of her peers.

Dated this 5th day of November, 2010.

alleged defendant, By: *Janet Davis Majhor* (signature)

c/o Saleem Majid, Notary.

16055 Southwest Walker Road Suite 505.

Beaverton. Oregon. [97006]

We, the undersigned, witness this 5th day of November, 2010, that one known to us to be Janet Davis Majhor, did personally appear before us in the county of Washington, state of Oregon, and upon affirmation execute and affix, the above signature.

By: *Horace Edward Stewart* (signature)
[witness]

address of witness

%2313 Northwest 185th Avenue
Box 341
Hillsboro, Oregon [97123]

By: *Jeanine Cherie Stewart* (signature)
[witness]

address of witness

% 23B Northwest 185th Avenue #341
Hillsboro, Oregon [97124]

PAGE 2 of 2    MOTION FOR TRIAL BY JURY