FILED'10 NOV 5 14:33 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

UNITED STATES OF AMERICA
    plaintiff,

v.

JANET DAVIS MAJHOR,
    alleged defendant,

Civil Case No: 10-CV-544-MO

MOTION TO DISMISS
WITH PREJUDICE

## LR 7.1 CERTIFICATE OF CONFERRAL

I, Janet Davis Majhor, certify that several attempts were made in good faith by telephone call to plaintiff, Scott Erik Asphaug, in order resolve the dispute before this court. The opposing party was unavailable and appears to have willingly refused to confer.

## MOTION TO DISMISS WITH PREJUDICE

I, Janet Davis Majhor, under threat, duress and coercion, by special appearance and not appearing generally, only to protect alleged defendant's rights and interests.

Plaintiff is seeking to impose double jeopardy with no undisputed verifiable proof and failure to substantiate any claim.

Plaintiff is denying alleged defendant her Constitutionally protected rights of due process and Trial by Jury.

Plaintiff has conspired against the alleged defendant.

THEREFORE, alleged defendant motions the court to dismiss with prejudice.

PAGE 1 of 2    MOTION TO DISMISS WITH PREJUDICE

Dated this __5th__ day of __November__, 2010.

alleged defendant, By: _Janet Davis Majhor_ (signature)

c/o Saleem Majid, Notary.

16055 Southwest Walker Road Suite 505.

Beaverton. Oregon. [97006]

We, the undersigned, witness this __5th__ day of __November, 2010__, that one known to us to be Janet Davis Majhor, did personally appear before us in the county of __Washington__, state of __Oregon__, and upon affirmation execute and affix, the above signature.

By: _Horace Edward Stewart_ (signature)

[witness]

address of witness

c/o 2373 Northwest 185th Avenue
Box 341
Hillsboro, Oregon [97123]

By: _Clarice Cherie Stewart_ (signature)

[witness]

address of witness

c/o 2373 Northwest 185th Avenue #341
Hillsboro, Oregon [97124]

**PAGE 2 of 2   MOTION TO DISMISS WITH PREJUDICE**