**DWIGHT C. HOLTON,** OSB #09054
United States Attorney
District of Oregon
**SCOTT E. ASPHAUG**, OSB #83367
Assistant United States Attorney
scott.asphaug@usdoj.gov
**UNITED STATES ATTORNEY'S OFFICE**
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Civil Case No. 10-cv-544-ST |
| Plaintiff, | |
| v. | |
| **JANET DAVIS MAJHOR,** aka Janet Davis Majhor, and **Janet-Davis: Majhor,** | **MOTION FOR ORDER TO SHOW CAUSE** |
| Defendant. | |

Plaintiff United States of America, by and through Dwight C. Holton, United States Attorney and Scott Erik Asphaug, Assistant United States Attorney, submits this Motion for Order to Show Cause.

On September 3, 2010, this Court ordered the defendant not to make any attempt to pursue the "Third Party Defendants" and her purported claims against them in this action or

otherwise, including but not limited to, any attempt to obtain or enforce a default judgment. (CR 29). The Court ordered that if defendant violated that order, she shall be subject to sanctions. (CR 29). Defendant violated that order by submitting a Reply to the Response to Defendant's Motion to Dismiss and Notice of Liability, Notice of Claim, Opportunity to Limit Exposure, (with Exhibits), Waiver of Tort [Five (5)] on January 6, 2011. (CR 40).

In defendant's Reply and Notice, she claims that United States Attorney Dwight C. Holton, FBI Special Agent Sean J. Hamblet, Office of Comptroller of the Currency Bank Examiner Matthew T. Johnson, First Assistant United States Attorney Kent S. Robinson, and Assistant United States Attorney Scott E. Asphaug, previously identified as "third party defendants," are now in some form of default. According to her pleading, unless the individually named parties respond to her satisfaction, defendant asserts that penalties may be assessed at "Three (3) times (X) $500,000,000.00 (Five Hundred Million US Dollars)[.]" (CR 40). The United States moves for an order for defendant to show cause for why she should not be held in contempt for the violation of the Court's order.

For the foregoing reasons, the United States respectfully requests that this Court grant its Motion for Order to Show Cause.

Dated this 7th day of January, 2011.

        Respectfully submitted,

        **DWIGHT C. HOLTON**, OSB #09054
        United States Attorney
        District of Oregon

        */s/ Scott E. Asphaug*
        **SCOTT E. ASPHAUG**, OSB #83367
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION FOR ORDER TO SHOW CAUSE was placed in a postage prepaid certified mail envelope and deposited in the United States mail on January 7, 2011, in Portland, Oregon, addressed to:

1. Janet Davis Majhor
   c/o Saleem Majid, Notary
   16055 SW Walker road, Suite 505
   Beaverton, OR 97006

   Also mailed to address shown on 1/04/2011 filing #CR 40, Exhibit G "The Republic for the united States of America, American National Identification Warrant":

2. Janet Davis Majhor
   2038 Northwest Aloclek Drive, #205
   Hillsboro, Oregon 97124

   /s/ Scott E. Asphaug
   SCOTT E. ASPHAUG
   Assistant United States Attorney