FILED'11 1 20 16:11USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

**Janet Davis Majhor,**
     Real party in interest. Plaintiff.

    **v.**

**Foreign Corporate Agents,**
UNITED STATES DISTRICT COURT
DISTRICT OF OREGON PORTLAND
DIVISION ACTING AS AGENTS FOR
UNITED STATES OF AMERICA,
    Defendants, et el.

**Your bonded account number 10-CV-544-MO**

**Letters Rogatory and United States Postal Money Order;**
**Coram Nobis;**
**Writ of Mandamus;**
**Decree of Restrain (Restraining Order);**
**Declaratory Decree (Judgment);**
**True Bill;**
**Copy of American National Identification,**
**Oregonian state Citizen Identification, Oregonian Travel Warrant property of Janet Davis Majhor;**
**Declaration of Service.**

Dated this 20th day of January, 2011.

                                 without prejudice
                                 without recourse

By: executrix *Janet Davis Majhor*  non-assumpsit
      Janet Davis Majhor, Occupant of Executrix Office
      for the JANET DAVIS MAJHOR, Estate.
      Real sovereign woman. Real party in interest.
      Plaintiff. Creditor.

Respond to
Chief Justice William Foust.
General Post Office.
Phoenix.
Nation Arizona.
Near. [85029-9998]
Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

First judicial district of tens, fifties, hundreds and thousands
county of Maricopa A.D. 1871, Arizona republic A.D., 1912,
United States of America as amended A.D. 1791.



# Letters Rogatory
## International Judicial Assistance

  In the de jure Superior Court of the first judicial district of tens, fifties, hundreds and thousands, for the county of Maricopa assembly at large A.D. 1871, Arizona republic A.D. 1912, original jurisdiction for the United States of America as amended A.D. 1791, a Foreign Nation.

  F.R.C.P. 4(f)(2)(B) and 28 (b) U.S.C. Sects. 1651, 1696, 1781, 1782; 22 C.F.R. 92.54 and 92.66 article 5(j), Vienna Convention on Consular relations; 21 U.S.T. 77, 596 UNTS 261; TIAS 6820; and Bilateral Consular Conventions.

### The Organic, Arizona republic A.D. 1912 – A Foreign Nation

**This 16th day of January A.D. 2011**

**Janet Davis Majhor**
Real sovereign woman
Real party in interest
Plaintiff

v.

**Foreign Corporate Agents,**     **your bonded account number 10-CV-544-MO**
SCOTT E. ASPHAUG, DWIGHT C. HOLTON, KENT S. ROBINSON, SEAN J. HAMBLET, MATTHEW T. JOHNSON, MARY L. MORAN, MICHAEL W. MOSMAN, JANICE M. STEWART, ANNA J. BROWN... et al involved whose names are otherwise unknown, Defendants.

#### International Judicial Assistance

  The Arizona republic under "Act of State" Presents its complaint to the UNITED STATES DISTRICT COURT STATE OF OREGON PORTLAND DIVISION and request International assistnace to "Effect Service of Process" and "Obtain Evidence" to be used in a lawful proceeding, in Law or Equity before this forum in the above styled matter. A de jure Grand Jury hearing was held at 2:00 PM at 1920 Peoria Avenue, Phoenix, Arizona on the 16th day of the first month of A.D. 2011.

  This court requests assistance in the matters herein discussed as necessary in the interest of justice. The assistance requested is that the appropriate judicial authority of UNITED STATES DISTRICT COURT STATE OF OREGON PORTLAND DIVISION compel the appearance of those named or otherwise involved to effect service of process by way of this Letters Rogatory, Coram Nobis, Writ of Mandamus and Decree of Restrain (Restraining Order) herein attached and incorporated by this reference.

  This court requests that you must respond by affidavit under penalty of perjury, in writing

Page 1 of 2 – Letters Rogatory

with specificity and in particularity, via Certified Mail to the address provided in this Notice; and, you must respond within three (3) days (72 hours) of receipt of the documents stated above, to each presentation herein. Failure to respond as stated and exercise your rights to appear before this de jure forum shall be taken as your acceptance in your silent acquiescence that you agree with all terms as stated herein.

A list of the Documents required of your forum is enumerated in the Writ of Mandamus and Coram Nobis and any other "evidence" that can be produced and the statutes that provide for such claim as your corporate forum asserts against the Real sovereign woman named as Real party in interest, Plaintiff.

### Facts

The facts of the instant cause pending before your corporate forum are a Coram Nobis, Letters Rogatory, Writ of Mandamus and Decree of Restrain (Restraining Order) whereby your court, by way of writ shall compel your court of inferior jurisdiction to the performance of your ministerial duty to act where it is a clear Right of the Real party in interest, Plaintiff Janet Davis Majhor and withdraw/dismiss/vacate/overturn your unlawful corporate actions against the Real party in interest, Plaintiff. And, your corporate administrative court shall follow the dictates contained within the Lawful Writs issued forth by this superior de jure court whereby the men and women are, and have always been, the masters of the Law.

### Reciprocity

Should your court need the same service reciprocated, the Arizona republic – A Foreign nation, will provide similar assistance to your corporate receiving STATE OF OREGON.

### Cost

Should there be any cost incurred, this superior forum will pay in Lawful, pre 1933 coin of the United States of America, at daily spot, and not in fiat debt paper called a FEDERAL RESERVE NOTE, which is neither Federal, Reserve, nor a Note. For the reason one cannot discharge a debt with debt paper. Enclosed is a United States Postal Money Order for $21.00 dollars. Signed under Universal Postal Union Treaty.

Peace in the Name of the Prince of Peace.

Done and so **Ordered** under Signature and Seal on this 16th day of the first month in the Year of our Lord, two thousand eleven.

_William Dale Foust_ 01/16/2011
By: William Dale Foust, Chief Justice
Arizona Republic

_Mark James Mischel_ 01/16/2011
By: Mark James Mischel, de jure Grand Jury
Foreman Arizona Republic

Respond to Chief Justice William Foust.
General Post Office.
Phoenix.
Nation Arizona.
Near. [85029-9998]
Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

Page 2 of 2 – Letters Rogatory



**UNITED STATES POSTAL SERVICE** ®

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to **United States District Court**
Address **1000 SW Third Avenue**
**Portland Oregon 97204**
**Your Bonded Account Number 10-CV-544-MO**

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18405953190 | 2011-01-20 | 972221 | $21.00 | 0003 |

**UNITED STATES POSTAL SERVICE** ®

## POSTAL MONEY ORDER

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 18405953190 | 2011-01-20 | 972221 | $21.00 |

Amount **TWENTY ONE DOLLARS & 00c** *********************

Clerk 0003

Pay to **United States District Court**
Address **1000 SW Third Ave**
**Portland Oregon 97204**
Memo **Your Bonded Account Number 10-CV-544-MO**

From **Chief Justice William Foust**
Address **General Post Office,**
**Phoenix. Nation Arizona.**
**Near. [85029-9998]**

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈:00000800 2⑈:    18405953190⑈

© 2008 United States Postal Service. All Rights Reserved.

First judicial district of tens, fifties, hundreds and thousands
county of Maricopa A.D. 1871, Arizona republic A.D., 1912,
United States of America as amended A.D. 1791.



# Coram Nobis

**In the de jure Superior Court of the first judicial district of tens, fifties, hundred and thousands, for the county of Maricopa assembly at large A.D. 1871, Arizona republic A.D. 1912, original jurisdiction for the United States of America as amended A.D. 1791, a Foreign Nation.**

**This 16th day of January A.D. 2011.**

In the cause of Janet Davis Majhor against SCOTT E. ASPHAUG, DWIGHT C. HOLTON, KENT S. ROBINSON, MARY L. MORAN, Foreign Corporations and political sub divisions of the UNITED STATES OF AMERICA, UNITED STATES DISTRICT COURT STATE OF OREGON PORTLAND DIVISION, represented by corporate agents MICHAEL W. MOSMAN, JANICE M. STEWART, ANNA J. BROWN sitting as judge/barrater in administrative capacity in the UNITED STATES DISTRICT COURT STATE OF OREGON PORTLAND DIVISION; and, SEAN J. HAMBLET, MATTHEW T. JOHNSON, Foreign Corporations, your bonded account and constructive trust Number 10-CV-544-MO.

### NOTICE IN THE NATURE OF WRIT OF ERROR CORAM NON JUDICE AND <u>DEMAND FOR TERMINATION OF YOUR INSTANT ACTION OR IN THE ALTERNATIVE A STATEMENT OF YOUR JURISDICTION</u>.

Now from our de jure court and before your de facto corporate court comes, Chief Justice William Dale Foust,  with **Judicial Notice: In the Nature of Writ of Coram Non Judice and Demand for The Termination of your Action(s) or in the Alternative a Statement of your Proper Jurisdiction.**

**Pursuant to your FRCP Rule 4(j).**
Your court, defined under FRCP 4(j) is a FOREIGN STATE as defined under 28 USC sections 1602-1611 FOREIGN SOVERIGN IMMUNITIES ACT (FSIA), is being jurisdictionally challenged and full disclosure of your court's true jurisdiction is now being **demanded**.

*Any* failure to disclose the true jurisdiction of your court is a violation of **15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868.**
**Chapter CCXLIX – An Act concerning the Rights of American Citizen in Foreign States:**

"Whereas the rights of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty and the pursuit of happiness; and,

Whereas the recognition of this principle this government has freely received emigrants from all nations and invested with the right of citizenship; and,

Whereas it is claimed that such Americans citizens, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and,

Whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance, should be promptly and finally disavowed;

Therefore, Be it enacted by the Senate and House of Representative of the United States of America in Congress assembled.   That any declaration, instruction, opinion, order, or decision of any officers of its government which denies, restricts, impairs or questions the rights of expatriation, is hereby declared inconsistent with the fundamental principles of this government.".

This de jure forum does hereby **demand** your authority and proclamation of your venue and jurisdiction to come against a foreign sovereign. If your **FOREIGN CORPORATE ENTITY** is misusing the name of any foreign sovereign by placing it in **ALL CAPITAL LETTERS**, or misusing the family name, or using the term "person" as a CORPORATE ENTITY, all complaints and suits against such CORPORATION fall under the FOREIGN SOVEREIGN IMMUNITIES ACT and under the DEPARTMENT OF STATE OFFICES in Washington, D.C.  The District of Columbia now has to be notified pursuant to 22 CFR 93.1-93.2. A copy of the FSIA has to be filed, with the complaint, to the defendant's chief executive officer of said CORPORATION.

CORPORATE MUNICIPAL, CORPORATE ADMINISTRATIVE, COUNTY OR STATE COURTS lack jurisdiction to hear any case under the FOREIGN STATE definitions. This jurisdiction lies with the district court under the FSIA Statutes pursuant to 28 USC section 1330.

And, whereas, Janet Davis Majhor is not a fictitious corporate entity; and, whereas she is not registered with any Secretary of State as a CORPORATION.  Your cause has **failed to state a claim upon which relief can be granted under FRCP 12(b)(6).**

**Therefore: this matter shall be dismissed for lack of political, in personam and subject matter venue and jurisdiction and improper "due process of Law.".  Or in the alternative, name on and for the record of this de jure forum, your court's authority and jurisdiction to prosecute a foreign sovereign.**

**For your edification and quick references.  Definitions:**

Foreign Courts: The courts of a foreign state or nation.  In the United States this term applies in the courts of one of the states when their judgments or records are introduced in the courts of another. See p. 582 BLACK'S LAW DICTIONARY fifth Edition.

Foreign Immunity: With respect to jurisdictional immunity of foreign nations.See 28 U.S.C.A. Section 1602 et seq.   p. 582.

Foreign jurisdiction: Any jurisdiction foreign to that of the forum: e.g. of a sister state or another country.  Also the exercise by a state or nation of jurisdiction beyond its own territory. Long arm service of process is a form of such foreign extraterritorial jurisdiction. See 28 U.S.C.A. Section 1330.  p. 582.

Foreign laws: The laws of a foreign country, or of a sister state.  In conflict of law, the legal principles of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are call *jus receptum*.  p. 582.

Foreign service of process:  Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by F.R.CP 4(j) and 28 U.S.C.A. Section 1608. Service of process on foreign corporations is governed by FRCP 4(d)(3). p. 583

Foreign states: Nations which are outside the United States. Term may also refer to anther state: i.e. a sister state.  p. 583.

Peace in the Name of the Prince of Peace.

Done and so **Ordered** under signature and Seal on this 16th day of the first month in the Year of our Lord, two thousand eleven.

By: William Dale Foust, Chief Justice
Arizona Republic

By: Mark James Mischel, de jure Grand Jury
Foreman Arizona Republic

Respond to
Chief Justice William Foust.
General Post Office.
Phoenix.
Nation Arizona.
Near.  [85029-9998]

Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

First judicial district of tens, fifties, hundreds and thousands
county of Maricopa A.D. 1871, Arizona republic A.D.,1912,
United States of America as amended A.D. 1791.



# Writ of Mandamus

**In the de jure Superior Court of the first judicial district of tens, fifties, hundred and thousands, for the county of Maricopa assembly at large A.D. 1871, Arizona republic A.D. 1912, original jurisdiction for the United States of America as amended A.D. 1791, a Foreign Nation.**

**This 16th day of January A.D. 2011.**

In the cause of Janet Davis Majhor against the de facto bankrupt, administrative corporate agency, UNITED STATES DISTRICT COURT, a political subdivision of the UNITED STATES, represented by corporate agents, sitting as judge in an administrative capacity. Doing business as THE JUDICIAL COURTS OF THE UNITED STATES, ADMINISTRATIVE COURTS OF THE UNITED STATES, OREGON, STATE OF, ADMINISTRATIVE COURTS OF STATE OF OREGON, THE JUDICIAL COURTS OF STATE OF OREGON – PORTLAND, OREGON.

Your bonded account Number 10-CV-544-MO.

## Writ of Mandamus

Be it know and remembered by all to whom these presence come and may concern.

This cause brought before this de jure court, by the woman s named above, has presented evidence that your de facto, corporate administrative agency has proceeded to attempt to enforce a corporate administrative "process" upon a woman who is not found within your jurisdiction. This court has issued forth **Notice** to your agencies to the same effect in the form of a Decree of Restrain (Restraining Order). Now you and your corporate agencies shall produce for this de jure forum proof positive of your limited corporate jurisdiction over the woman whose name is called Janet Davis Majhor. You shall also produce for examination by this court, the following:

1. A certified true and correct copy of your Oaths of office.
2. A certified copy of your Bond to hold and fill said "public office", signed and certified by your bonding agent/agency.
3. A certified copy of your corporate jurisdiction to operate within the republic state called Oregon when your corporate charter is contained within the corporate State of Delaware and is not on file with the Office of the Secretary of State for Oregon.

4. A certified copy of any other Oath that you have taken to any group, association, society or organization.

5. A certified true and correct copy of your Oath of Allegiance.

Absent production of any one of the above demands you shall cease and desist your unlawful actions and withdraw any existing administrative "process" issued forth by your de facto corporate administrative agency. Your corporate agency, for which you sit as administrative agent judge, is not authorized to invade foreign jurisdictions with acts of war or usurpation. As we do not recognize ens legis, straw men, corporate "person", procedural phantoms or legal fictions.

Peace in the Name of the Prince of Peace.

Done and so **Ordered** under signature and Seal on this 16th day of the first month in the Year of our Lord, two thousand eleven.

By: William Dale Foust, Chief Justice
Arizona Republic

By Mark James Mischel, de jure Grand Jury
Foreman Arizona Republic

Respond to
Chief Justice William Foust.
General Post Office.
Phoenix.
Nation Arizona.
Near. [85029-9998]

Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

First judicial district of tens, fifties, hundreds and thousands
county of Maricopa A.D. 1871, Arizona republic A.D., 1912,
United States of America as amended A.D. 1791.



# Decree of Restrain
# (Restraining Order)

**In the de jure Superior Court of the first judicial district of tens, fifties, hundred and thousands, for the county of Maricopa assembly at large A.D. 1871, Arizona republic A.D. 1912, original jurisdiction for the United States of America as amended A.D. 1791, a Foreign Nation.**

**This 16th day of January A.D. 2011.**

**From the Office of Chief Justice William Dale Foust.**

**Directed to:**
UNITED STATES DISTRICT COURT STATE OF OREGON PORTLAND DIVISION –
PORTLAND, OREGON
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS – WASHINGTON, D.C.
OREGON, STATE OF – SALEM, OREGON
OFFICE OF THE STATE COURT ADMINISTRATOR – SALEM, OREGON
OFFICE OF THE FEDERAL BUREAU OF INVESTIGATION – PORTLAND, OREGON
OFFICE OF THE COMPTROLLER OF CURRENCY – WASHINGTON, D.C.
OFFICE OF RISK MANAGEMENT – SALEM, OREGON
OFFICE OF RISK MANAGEMENT – WASHINGTON, D.C.

Be it known and remembered by all to whom these presence come and may concern.

## Decree of Restrain (Restraining Order)

This **Order** is issued forth for the following reasons:

1. It has come to attention of this Justice that agent/officers of your foreign administrative, bankrupt, corporate, de facto entities have invaded the Republic, under color of law, with acts of war, under arms, with threats of violence, armed robbery of Lawfully held property, with threats of extortion, and intent to do bodily harm. These acts were carried out by para-military, armed agents and corporate agents under the guise of orders from commercial, corporations by administrative agents acting as a judge(s)/commissioner(s) in an administrative tribunal calling itself a "civil court" which is, in reality, a Roman court. These acts were done without due process of law, UNITED STATES DISTRICT

1 – Decree of Restrain

COURT notwithstanding, under administrative contracts which do not apply to the woman Janet Davis Majhor.

2. These acts are specifically directed at Janet Davis Majhor, whom by your error, you presume to be some ens legis, procedural phantom, straw man, corporate person, legal fiction. Who, in reality, is a living breathing woman, a private civilian upon the land on the county of Washington A.D. 1849, Oregon republic A.D. 1859.

3. From this point in time forward, to the resolution of this conflict by this de jure forum, your agent/officers shall cease any further acts or action(s) under color of law, acts of war under force of arms, threats of violence, attempted seizure, ejection, extortion, arrest, intent to do violence or bodily harm by any and all of your agents/officers. They, each and all, shall maintain a distance of one thousand (1000) feet from the woman Janet Davis Majhor and all lands and property which are under her stewardship, care, custody and control.

A copy of this **Order** shall be served upon the parties named above and an **original** retained by the woman Janet Davis Majhor. **Notice to agent is notice to principal; Notice to prinicipal is notice to agent.**

Peace in the Name of the Prince of Peace.

Done and so **Ordered** under signature and Seal on this 16th day of the first month in the Year of our Lord, two thousand eleven.

_By: William Dale Foust, Chief Justice_
_Arizona Republic_

_By: Mark James Mischel, de jure Grand Jury_
_Foreman Arizona Republic_

Respond to
Chief Justice William Foust.
General Post Office.
Phoenix.
Nation Arizona.
Near. [85029-9998]

Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

First judicial district of tens, fifties, hundreds and thousands
county of Maricopa A.D. 1871, Arizona republic A.D., 1912,
United States of America as amended A.D. 1791.



# Declaratory Decree (Judgment)

In Re: Janet Davis Majhor

In the de jure Superior Court of the first judicial district of tens, fifties, hundreds and thousands, for the county of Maricopa assembly at large A.D. 1871, Arizona republic A.D. 1912, original jurisdiction for the United States of America as amended A.D. 1791, a Foreign Nation.

### The Organic, Arizona republic A.D. 1912 – A Foreign Nation

This 16th day of January A.D. 2011.

**Janet Davis Majhor,**
Real sovereign woman
Real party in interest.

v.

**Foreign Corporate Agents,**
UNITED STATES DISTRICT COURT STATE OF OREGON PORTLAND DIVISION et el,

**Regarding: Your bonded account Number 10-CV-544-MO.**

From the Office of Chief Justice, William Dale Foust, general post office, Phoenix, Arizona. Justice for the county of Maricopa court republic of Arizona, one of the several states of the Union of States of the United States of America, under the original jurisdiction 1787 as amended 1791 Anno Domini.

**Directed to:**
Any and all agents named in the original Averment, Counterclaim; Notice of Liability, Notice of Verified Claim, Opportunity to Limit Exposure, and Waiver of Tort(s); Letters Rogatory, Coram Nobis, Writ of Mandamus; including but not limited to all corporate entity(s) D/B/A as:

SCOTT E. ASPHAUG;

DWIGHT S. HOLTON;

KENT S. ROBINSON;

Page 1 of 5 – Declaratory Decree (Judgment)

SEAN J. HAMBLET;

MATTHEW T. JOHNSON;

MARY L. MORAN;

MICHAEL W. MOSMAN;

JANICE M. STEWART;

ANNA J. BROWN;

UNITED STATES DISTRICT COURT STATE OF OREGON PORTLAND DIVISION, PORTLAND, OREGON

UNITED STATES ATTORNEY'S OFFICE, PORTLAND, OREGON;

FEDERAL BUREAU OF INVESTIGATION, PORTLAND, OREGON;

OFFICE OF COMPTROLLER OF CURRENCY, WASHINGTON, D.C.;

**courtesy copy:**

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS;

OFFICE OF STATE COURT ADMINISTRATOR, STATE OF OREGON;

OFFICE OF RISK MANAGEMENT, WASHINGTON D.C.;

OFFICE OF RISK MANAGEMENT, SALEM, OREGON;

OFFICE OF FOREIGN ASSETS CONTROL, WASHINGTON, D.C.;

U.S. MARSHALS SERVICE, PORTLAND, OREGON;

U.S. MARSHALS SERVICE, WASHINGTON, D.C.;

OFFICE OF THE OREGON STATE BAR ASSOCIATION, STATE PROFESSIONAL RESPONSIBILITY BOARD, TIGARD, OREGON;

OFFICE OF THE OREGON STATE BAR ASSOCIATION, GENERAL COUNSEL, DISCIPLINARY BOARD, TIGARD, OREGON.

Be it known and remembered by All to whom these presence come and may concern.

This **DECREE (JUDGMENT)** is issued forth for the following reasons:

1. It has come to attention of this Justice that agent/officers of your foreign administrative, bankrupt, corporate, de facto entities have invaded the Republic, under color of law, with acts of war, under arms, with threats of violence, attempted seizure and trespass upon the family, liberty, chattel and property under stewardship of Janet Davis Majhor, with threats of extortion, and intent to do bodily harm. These acts were carried out by para-military agents and corporate agents under the guise of judgments rendered by administrative agent(s) acting as a judge(s) in an administrative tribunal calling itself a "civil court" which is, in reality, a Roman court [military] and they/you have done so without proper due process of Law.

2. These acts were specifically directed at Janet Davis Majhor whom, by your error, you presume to be some ens legis, procedural phantom, straw woman, corporate person, legal fiction, who, in reality, is a living breathing woman, a private civilian upon the land on the county of Washington A.D. 1849, Oregon Republic, 1859 A.D.

3. Lawful process was issued by Chief Justice William Dale Foust, and served upon all parties (see Declaration of Service) allowing adequate time for response to this Lawful process. You must respond within three (3) days (72 hours) of receipt of this document, to each presentation herein.

4. This cause is clearly entered into your instant bonded commercial cause number 10-CV-544-MO in the form of a Counterclaim resulting in the complainant's true, correct, legal and lawfully cured and perfected admiralty/maritime claim; and, the second being a common law claim entered in the form of a verified notice of liability, notice of claim, opportunity to limit exposure, and waiver of torts lawfully served and noticed to the defendant's made by the living breathing woman, Janet Davis Majhor.

5. The Federal De jure Grand jury lawfully convened on the county on Arizona. The Federal De jure Grand jury heard presentment and evidence by Janet Davis Majhor for trespass your Foreign Country has committed on her. As evidenced by your licenses you are subject to foreign powers and as such are prohibited by the supreme law of the united States Constitution, Article XI, to exercise any suit through the UNITED STATES of AMERICA judicial system.

6. This cause is found in favor to the complainant by the defendant's failure to respond and defend their stating a claim upon which relief can be granted by showing duly Constituted law by affidavit under penalty of perjury. Her two claims are true, correct, legal and lawful and binding; the first claim being in maritime/admiralty; and, the second liability claim being in common law and probate law and are hereby binding and lawful. **This Federal De jure Grand Jury within this Declaratory Decree hereby Order defendant's to settle her common law claim and pay the living woman Janet Davis Majhor the amount stated in her True Bill. And it is so Ordered** that the cured and perfected maritime/admiralty claim entered into your bonded account Number 10-CV-544-MO shall remain in effect, stand first in line first in time against all corporate entity(s) named therein. These additional amounts are due and owing and will be collected should assets of this value become located.

7. **This de jure forum hereby Ordered.**

8. **The resolution of this conflict by this de jure forum is final and res judicata.**

9. **This Declaratory decree is backed by the good faith and credit of the people of the republic of the united States of America.**

**Declaratory Decree:**

1. Your agent/officers shall cease any further action(s) under color of law, acts of war under force of arms, threats of violence, attempted seizure, ejection, extortion, intent to do

violence or bodily harm by any and all of your corporate agent/officers.  All purported warrants, restraining orders and process of any kind naming your ens legis procedural phantom are hereby quashed.  They, each and all shall maintain a distance of one thousand (1000) feet from the woman Janet Davis Majhor; and the lands and property under her stewardship. The defendant's shall immediately pay Janet Davis Majhor five hundred million dollars; and, for each week this settlement remains unpaid to her the settlement will be three (3) times damages plus 12% interest annum per the terms of her True Bill; and must be paid in coin specie pursuant to the original Coinage Act of 1792 et sec. Said Declaratory Decree issued forth by this *de jure* forum is now binding and perpetual from this date.

2.  A copy of this **Declatory Decree (Judgment)** shall be served upon the parties named above and an **original** retained by the woman **Janet Davis Majhor.  Notice to agent is notice to principal; Notice to prinicipal is notice to agent.**

3.  **All interlocking equities, instrumentalities, agencies and agents NAMED ABOVE are hereby Noticed of this Declaratory Decree (Judgment) and shall acknowledge and process this Declaratory Decree (Judgment) against all assets of the defendant respondents along with all contemptuous agents/officers forthwith.**

4.  **The law of necessity in this case is hereby abolished.**

Peace in the Name of the Prince of Peace.

Location: De Jure federal court, 1920 West Peoria Avenue, Phoenix, Arizona.

Done this 16th day of the first month in the Year of our Lord, two thousand eleven.

By: William Dale Foust, Chief Justice
Arizona Republic

By: Mark James Mischel, de jure Grand Jury
Foreman Arizona Republic

Attachment to this Declaratory Decree (Judgment) is each Juror's Autograph.
Respond to Chief Justice William Foust.
General Post Office.
Phoenix.
Nation Arizona.
Near.  [85029-9998]

Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

Page 4 of 5 – Declaratory Decree (Judgment)

# one supreme Court common jury members

Anthony Ralph Alba

Luis Ambrocio Barrios

Thomas Mario Costanzo

Matthew John Crater

Dennis Chandler Feather

David Ernest Johnson Jr.

Avalee Jane Hunter

Jan McMaster

Mark James Mischel

Mark Anthony Musachio

Ralph Emerson Pogue Junior

Gregory Kenneth Pursley

Stephen Vernon Slyder

Merle Verhoeff

Douglas William Crater

William Joseph Davis

Thomas Galletly

Debra Ellen Truh

Montie Lee Wells

Wayne Delmar Wheatcraft

First judicial district of tens, fifties, hundreds and thousands
county of Maricopa A.D. 1871, Arizona republic A.D., 1912,
United States of America as amended A.D. 1791.

# True Bill

In the de jure Superior Court of the first judicial district of tens, fifties, hundreds and thousands, for the county of Maricopa assembly at large A.D. 1871, Arizona republic A.D. 1912, original jurisdiction for the United States of America as amended A.D. 1791, a Foreign Nation.

This 16th day of January A. D. 2011.

**Janet Davis Majhor.**
Real sovereign woman.
Real party in interest.
Creditor.

v.

**Foreign Corporate Agents,**
UNITED STATES DISTRICT COURT STATE OF OREGON PORTLAND DIVISION et el, Debtor/Libellees.

A trespass upon Janet Davis Majhor has created a common law claim upon bonded account Number **10-CV-544-MO**, via USPO Certified Mail Numbers 7008 1140 0002 8788 6910; 7008 1140 0002 8788 6927; 7008 1140 0002 8788 6934, by which all parties have DEFAULTED and refused to respond to the Presentations in specificity and particularity by affidavit under penaly of perjury as required in the Notice of Liability, Notice of Claim, Opportunity to Limit Exposure; and, the Waivers of Tort, resulting in the debt owed as stated herein. This True Bill does not account for the additional amounts and three (3) times damages plus interest per week should this amount remain unpaid.

And this True Bill does not account for the separate claim of the amount owed by the terms of the Admiralty/Maritime Lien based upon the Counterclaim entered into bonded account Number 10-CV-544-MO, which stands first in line first in time. These additional amounts are due and owing and will be collected should assets of this value become located.

#### True Bill and Adjusted Accounting calculated as follows:

| | | |
|---|---|---|
| Five (5) known Defendant's/Debtors | x | 5 |
| One (1) count of Trespass | x | 1 |
| One Hundred (100) million dollars coin specie per defendant | x | $100,000,000 |
| Subtotal | = | $500,000,000 |
| Plus Three (3) times damages | x | 4 |
| Total amount due weekly without calculated interest | = | $2,000,000,000+ |

**Notice: Interest to be added at 12% annum and**            (Two Billion and counting)
**amounts adjusted accordingly.**

## Payment is demanded immediately.

I, Janet Davis Majhor by birthright, blood and decent, a flesh and blood woman on the county of Washington A. D. 1849 on Oregon A. D. 1859, this 17th day of January A. D. 2011 in the 234th year of the Unanimous Declaration of Independence of the united States of America A. D. 1776, having first hand memory and conscious knowledge of the facts stated herein, state under the penalties of perjury and upon my coin species commercial liability, that the facts contained herein are uncontroverted, true, correct, complete and not misleading, that my oath is bound to my soul and to my Heavenly Father Who hates the acts of both a liar and coward. I am neither. Govern yourselves accordingly.

without prejudice
without recourse
non-assumpsit

By: executrix *Janet Davis Majhor*

Janet Davis Majhor, Occupant of Executrix Office
for the JANET DAVIS MAJHOR, Estate.
Real sovereign woman.
Real party in interest.
Creditor.

_____
[witness]
John Di Sciarra
[print]

_____
Gary B Herren
[witness]
Gavy B Herrera
[print]

_____
Judy-ann Placencia
[witness]
Judy ann placencia
[print]

Respond to
Chief Justice William Foust.
General Post Office.
Phoenix.
Nation Arizona.
Near. [85029-9998]
Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.

Page 2 of 2 – True Bill










# DECLARATION OF SERVICE

I HEREBY CERTIFY that I, _Shelley Rene Beyer_, **Third Party Independent Witness**, have placed the following documents in the United States Post Office postage paid **for the the benefit of Janet Davis Majhor** on this _20th_ **day of** _January_ , **2011 A.D** .

1. Court Filing Page, Letters Rogatory and United States Postal Money Order (sent to Judge Mosman only) and copy of USPO Money Order sent to all others [three (3) pages];
2. Coram Nobis [three (3) pages];
3. Writ of Mandamus [two (2) pages];
4. Decree of Restrain [two (2) pages];
5. Declaratory Decree (Judgment) and Juror's Autographs [five (5) pages];
6. True Bill [two (2) pages];
7. Copy of American National Identification, Oregonian state Citizen Identification, Oregonian Travel Warrant property of Janet Davis Majhor [one (1) page];
8. Declaration of Service [three (3) pages];

I, **Shelley Renee Beyer**, **Third Party Independent Witness, FURTHER CERTIFY**, that ONE (1) original and THREE (3) copies were placed in an envelope and sent under **USPO Registered Mail Number RE 444 406 840 US**. The envelope was clearly marked and mailed on _January 20, 2011_, to the following: **JUDGE MICHAEL W. MOSMAN, ISLN 902335156, 1000 SW THIRD AVENUE, PORTLAND, OREGON 97204.** It was clearly stated that the copies should be distributed to **JUDGE JANICE M. STEWART, ISLN 903410340** and to **JUDGE ANNA J. BROWN, ISLN 908762178**; and to **MARY L. MORAN, CLERK OF COURT**.

I, _Shelley Renee Beyer_, **Third Party Independent Witness, FURTHER CERTIFY**, that three (3) copies were placed in an envelope and sent under **USPO Certified Mail Number 7008 1140 0002 8788 6958**. The envelope was clearly marked and mailed on _January 20, 2011_, to the agent/principal: **SCOTT E. ASPHAUG, OSB #83367, UNITED STATES ATTORNEY'S OFFICE, 1000 SW THIRD AVENUE #600, PORTLAND, OREGON, 97204.** It was clearly stated within that the copies were to be distributed to **DWIGHT C. HOLTON, OSB # 09054**; and, **KENT S. ROBINSON, OSB #09625.**

I, _Shelley Renee Beyer_, **Third Party Independent Witness, FURTHER CERTIFY**, that two (2) copies were placed in an envelope and sent under **USPO Certified Mail Number 7008 1140 0002 8788 6965**. The envelope was clearly marked and mailed on _January 20, 2011_**,** to the agent/principal: **SEAN J. HAMBLET, SPECIAL AGENT, FEDERAL BUREAU INVESTIGATION, 1500 SW FIRST AVENUE #400, PORTLAND, OREGON, 97201.** It was clearly stated within that the copies were to be distributed to ARTHUR BALIZAN, SPECIAL AGENT IN CHARGE, FEDERAL BUREAU INVESTIGATION**.**

I, _Shelley Renee Beyer_, **Third Party Independent Witness, FURTHER CERTIFY**, that two (2) copies were placed in an envelope and sent under **USPO Certified Mail Number 7008 1140 0002 8788 6972**. The envelope was clearly marked and mailed on _January 20, 2011_, to the agent/principal: **MATTHEW T. JOHNSON, BANK EXAMINER, OCC, 250 E STREET SW, WASHINGTON, DC  20219.** It was clearly stated within that the copies were to be distributed to the JOHN WALSH, ACTING COMPTROLLER, OFFICE OF THE COMPTROLLER OF THE CURRENCY.

# DECLARATION OF SERVICE

I,  **Shelley Renee Beyer** , **Third Party Independent Witness, FURTHER CERTIFY**, that one (1) certified mail package was SENT TO THE FOLLOWING OFFICES as a notice and a courtesy mailed on  **January 20, 2011.**

| | |
|---|---|
| OFFICE OF GOVERNOR<br>STATE OF OREGON<br>JOHN KITZHABER<br>160 STATE CAPITOL<br>900 COURT STREET<br>SALEM, OREGON 97301 | **USPO Certified Mail Number**<br>7008 1140 0002 8788 6989 |
| OFFICE OF STATE COURT ADMINISTRATOR<br>KINGSLEY W. CLICK<br>STATE COURT ADMINISTRATOR<br>SUPREME COURT BUILDING<br>1163 STATE STREET<br>SALEM, OREGON  97301 | **USPO Certified Mail Number**<br>7008 1140 0002 8788 6996 |
| OFFICE OF RISK MANAGEMENT<br>JEN CONEY<br>STATE OF OREGON<br>1225 FERRY STREET SE<br>SALEM,  OREGON 97301 | **USPO Certified Mail Number**<br>7008 1140 0002 8788 7009 |
| OFFICE OF ATTORNEY GENERAL<br>OREGON DEPARTMENT OF JUSTICE<br>JOHN KROGER<br>1162 COURT STREET NE<br>SALEM, OREGON  97301 | **USPO Certified Mail Number**<br>7008 1140 0002 8788 7016 |
| OFFICE OF OREGON SECRETARY OF STATE<br>STATE OF OREGON<br>KATE BROWN<br>136 STATE CAPITOL<br>SALEM, OREGON  97301 | **USPO Certified Mail Number**<br>7008 1140 0002 8788 7023 |
| OFFICE OF THE OREGON STATE BAR ASSOCIATION<br>DAVID W. HITTLE, CHAIRPERSON<br>STATE PROFESSIONAL RESPONSIBILITY BOARD<br>P.O. BOX 231935<br>16037 SW UPPER BOONES FERRY ROAD<br>TIGARD,  OREGON  97281-1935 | **USPO Certified Mail Number**<br>7008 1140 0002 8788 7030 |
| OFFICE OF THE OREGON STATE BAR ASSOCIATION<br>HELEN HIERSCHBIEL,<br>GENERAL COUNSEL, DISCIPLINARY BOARD<br>P.O. BOX 231935<br>16037 SW UPPER BOONES FERRY ROAD<br>TIGARD,  OREGON  97281-1935 | **USPO Certified Mail Number**<br>7008 1140 0002 8788 7047 |

# DECLARATION OF SERVICE

ADMINISTRATIVE OFFICE
 OF THE UNITED STATES COURTS
ATTENTION:  JAMES C. DUFF
CHIEF ADMINISTRATIVE OFFICER
THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
ONE COLUMBUS CIRCLE, N.E.
WASHINGTON, D.C.  20544

**USPO Certified Mail Number**
7008 1140 0002 8788 7054

OFFICE OF RISK MANAGEMENT
400  FOURTH STREET, NW
WASHINGTON, DC   20001

**USPO Certified Mail Number**
7008 1140 0002 8788 7061

OFFICE OF U.S. MARSHALS SERVICE
U.S. MARSHAL RUSSEL BURGER
1000 SW THIRD AVENUE #401
PORTLAND, OREGON  97204

**USPO Certified Mail Number**
7008 1140 0002 8788 7078

OFFICE OF FOREIGN ASSETS CONTROL
U.S. DEPARTMENT OF THE TREASURY
TREASURY ANNEX
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

**USPO Certified Mail Number**
7008 1140 0002 8788 7085

**Dated this** _20_ **day of** _January_ , _2011_ .
**Under penalty of perjury, this information is true and correct.**

**By:** _Shelly - Renee : Bryn_
_35700 Faust Rd._
_St. Helena, OR 97051_

Page 3 of  3 - Declaration of Service