UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

JANET DAVIS MAJHOR,
aka Janet Davis Majhor, and
Janet-Davis: Majhor,

        Defendant.

Civil Case No. 10-cv-544-MO

ORDER TO SHOW CAUSE
REGARDING CIVIL CONTEMPT

To:    Defendant Janet Davis Majhor aka JANET DAVIS MAJHOR, and Janet-Davis: Majhor

YOU ARE HEREBY ORDERED TO SHOW CAUSE at 3:30 pm on Monday, February 28, 2011, before the Honorable Michael J. Mosman in the United States Courthouse, Courtroom 16, 1000 S.W. Third Ave., Suite 600, Portland, OR 97204-2902, why you should not be held in contempt for violating this Court's Order signed on September 1, 2010, in which the Court ordered you cease any attempt to pursue the "Third Party Defendants" and your purported claims against them in this action or otherwise, including but not limited to, any attempt to obtain or enforce a default judgment. (CR 29).

At the above date and time, the Court will also rule on all pending motions currently before the Court.

PENDING THE HEARING of the aforesaid Order to Show Cause, you are HEREBY RESTRAINED AND ENJOINED from the following:

Pursuing any damage claims or attempting any collection efforts against United States Attorney Dwight C. Holton, First Assistant United States Attorney Kent S. Robinson, Assistant United States Attorney Scott E. Asphaug, FBI Special Agent Sean J. Hamblet, and Office of Comptroller of the Currency Bank Examiner Matthew T. Johnson and/or filing, recording or presenting any document to any state or county recorder directing the recorder to place a lien or other encumbrance against any of the above-named individuals.

This Order shall be served in accordance with the provisions of FRCP 4.1

Dated this 11 day of Feb. 2011.

_____
HONORABLE MICHAEL J. MOSMAN
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**DWIGHT C. HOLTON**, OSB #09054
United States Attorney
District of Oregon

_____
**SCOTT ERIK ASPHAUG**, OSB# 83367
Assistant United States Attorney

Page 2 - ORDER TO SHOW CAUSE REGARDING CIVIL CONTEMPT