FILED'11 2 17 13:50 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

**Janet Davis Majhor,**
    Real party in interest. Plaintiff.

v.

**Foreign Corporate Agents,**
UNITED STATES DISTRICT COURT
DISTRICT OF OREGON PORTLAND
DIVISION ACTING AS AGENTS FOR
UNITED STATES OF AMERICA,
    Defendants, et el.

Your bonded account number 10-CV-544-MO

**LIMITED POWER OF ATTORNEY
FOR SUMMONS, SERVICE AND PROCESS**

Dated this 17th day of January, 2011.

without prejudice
without recourse
By: executrix *[signature]* non-assumpsit
Janet Davis Majhor, Occupant of Executrix Office
for the JANET DAVIS MAJHOR, Estate.
Real sovereign woman. Real party in interest.
Plaintiff. Creditor.

Respond to
Chief Justice William Foust.
General Post Office.
Phoenix.
Nation Arizona.
Near. [85029-9998]
Respond in this precise manner as all other venues and jurisdictions are hereby expressly denied.